Craig A. Horowitz, State Bar No. 125159
Wayne D. Clayton, State Bar No. 137564
**HOROWITZ & CLAYTON**
A Professional Corporation
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 442-1122
Facsimile: (310) 442-2612

Attorneys for Defendant,
AUTO-CHLOR SYSTEM, LLC,
AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC.,
and AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SABLOWSKY and SUMNER JOHNSON, on behalf of themselves and others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> AUTO-CHLOR SYSTEM, LLC, AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., and AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC; <br><br> Defendants. | **Case No. 23-cv-02555** <br><br> [Assigned to Hon. Alex G Tse, Dept. A] <br><br> **DEFENDANT AUTO-CHLOR SYSTEM, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** <br><br> Time: 10:00 a.m. <br> Date: July 28, 2023 <br> Dept.: A |

Defendant Auto-Chlor System, LLC requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts:

1. Defendant Auto-Chlor System, LLC is a limited liability company formed in Delaware on

**DEFENDANT AUTO-CHLOR SYSTEM, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

December 13, 2007 with its principal place of business located at 746 Poplar Avenue, Memphis, Tennessee 8105-4563 as evidenced by the Tennessee Secretary of State Filing Information attached hereto as Exhibit 1. The company manufactures industrial commercial dishwashers at its factory located at 746 Poplar Avenue, Memphis, TN 38105-4563 and does not have any branches or employ any branch managers.

DATED: June 13, 2023                    HOROWITZ & CLAYTON

BY: _____
CRAIG A. HOROWITZ
Attorneys for Defendant,
AUTO-CHLOR SYSTEM, LLC.

**EXHIBIT 1**



**Tre Hargett**
Secretary of State

# Division of Business Services
# Department of State
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

# Filing Information

Name:   **AUTO-CHLOR SYSTEM, LLC**

## General Information

| | | | |
|---|---|---|---|
| **SOS Control #** | 000568519 | Formation Locale: | DELAWARE |
| Filing Type: | Limited Liability Company - Foreign 01/24/2008 12:01 PM | Date Formed: | 12/13/2007 |
| | | Fiscal Year Close | 12 |
| Status: | Active | Member Count: | 1 |
| Duration Term: | Perpetual | | |
| Managed By: | Member Managed | | |

**Registered Agent Address**
CORPORATION SERVICE COMPANY
2908 POSTON AVE
NASHVILLE, TN  37203-1312

**Principal Address**
746 POPLAR AVE
MEMPHIS, TN  38105-4563

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 01/24/2023 | 2022 Annual Report | B1325-5297 |
| 03/04/2022 | 2021 Annual Report | B1171-9816 |
| 12/03/2020 | 2020 Annual Report | B0954-5405 |
| 05/19/2020 | 2019 Annual Report | B0868-8082 |
| 03/18/2019 | Application for Reinstatement | B0673-0126 |
| Filing Status Changed  From: Inactive - Revoked (Administrative)  To: ACTIVE | | |
| Inactive Date Changed  From: 08/08/2018  To: No Value | | |
| 03/18/2019 | 2018 Annual Report | B0673-0106 |
| 03/18/2019 | 2017 Annual Report | B0673-0010 |
| 08/08/2018 | Dissolution/Revocation - Administrative | B0580-3010 |
| Filing Status Changed  From: Active  To: Inactive - Revoked (Administrative) | | |
| Inactive Date Changed  From: No Value  To: 08/08/2018 | | |
| 06/01/2018 | Notice of Determination | B0554-0066 |
| 02/16/2017 | 2016 Annual Report | B0346-6463 |
| 05/05/2016 | 2015 Annual Report | B0241-6905 |
| 03/27/2015 | 2014 Annual Report | B0077-2044 |
| 04/15/2014 | 2013 Annual Report | A0235-2403 |

# Filing Information

### Name:  **AUTO-CHLOR SYSTEM, LLC**

| | |
|---|---|
| Member Count Changed  From: 2  To: 1 | |
| 02/21/2013   2012 Annual Report | A0156-2660 |
| Principal Address 1 Changed  From: 746 POPLAR AVENUE  To: 746 POPLAR AVE | |
| Principal Postal Code Changed  From: 38105  To: 38105-4563 | |
| 03/14/2012   Registered Agent Change (by Entity) | A0108-2449 |
| Registered Agent Organization Name Changed  From: C T CORPORATION SYSTEM  To: CORPORATION SERVICE COMPANY | |
| Registered Agent Physical Address 1 Changed  From: 800 S GAY ST  To: 2908 POSTON AVE | |
| Registered Agent Physical Address 2 Changed  From: STE 2021  To: No Value | |
| Registered Agent Physical City Changed  From: KNOXVILLE  To: NASHVILLE | |
| Registered Agent Physical County Changed  From: KNOX COUNTY  To: DAVIDSON COUNTY | |
| Registered Agent Physical Postal Code Changed  From: 37929-9710  To: 37203-1312 | |
| 12/22/2011   2011 Annual Report | A0097-2974 |
| Principal County Changed  From: No value  To: SHELBY COUNTY | |
| 01/31/2011   2010 Annual Report | A0055-1083 |
| 02/25/2010   2009 Annual Report | A0007-2671 |
| Member Count Changed  From: 1  To: 2 | |
| 06/01/2009   2008 Annual Report | 6544-2571 |
| Mail Address Changed | |
| 01/24/2008   Initial Filing | 6188-1133 |

| **Active Assumed Names (if any)** | **Date** | **Expires** |
|---|---|---|

# PROOF OF SERVICE

I am employed in the County of **Los Angeles**, State of California. I am over the age of 18 years and not a party to the within action; my business address is **300 Corporate Pointe, Suite 355, Culver City, California 90230.**

On the below-stated date, I served the foregoing document described as **DEFENDANT AUTO-CHLOR SYSTEM, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** on all interested parties in this action.

☒ by placing ☐ *the original* ☒ *a true copy* thereof in a sealed envelope addressed as follows:

☐  BY MAIL TO:

☐  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date is more than one day after the date of deposit for mailing in affidavit.

☐  BY PERSONAL SERVICE I caused such envelope to be hand delivered to the offices of the following addressee:

☐  BY FACSIMILE: I personally sent such document via fax to the offices of the addressee, with **confirming copy** by **First Class Mail** as follows:

☒  BY E-MAIL: I personally sent such document via e-mail to the addressee as follows:

Logal A. Pardell: lpardell@pkglegal.com

Edward J. Wynne: ewynne@wynnelawfirm.com

Declaration

☐  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed June 15, 2023, at Los Angeles County, California.

ELDA GONZALEZ