Craig A. Horowitz, SBN. 125159
Wayne D. Clayton SBN. 137564
HOROWITZ & CLAYTON
300 Corporate Pointe, Suite 55
Culver City, CA 90230
Phone: (310) 442-1122
Fax: (310) 442-2612

Attorneys for Defendants, AUTO-CHLOR SYSTEM, LLC, AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., AND AUTO-CHLOR SYSTEM OF THE MID-SOUTH, LLC.

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SABLOWSKY AND SUMNER JOHNSON, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AUTO-CHLOR SYSTEM, LLC, AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., AND AUTO-CHLOR SYSTEM OF THE MID-SOUTH, LLC, <br><br> Defendants | Case No.: 23-cv-02555 <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS AUTO-CHLOR SYSTEM, LLC, AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., AND AUTO-CHLOR SYSTEM OF THE MID-SOUTH, LLC's MOTION FOR ISSUE & MONETARY SANCTIONS** <br><br> **Time: 10:00 a.m.** <br> **Date: July 28, 2023** <br> **Dept.: A** |

Defendants Auto-Chlor System, LLC, Auto-Chlor System of New York City, Inc., and Auto-Chlor System of the Mid-South, LLC. have moved for issue and monetary sanctions pursuant to this Court's inherent authority to manage its case and its authority and responsibility under the FLSA, 29 U.S.C. section 216(b), to manage the conduct of the parties and counsel in collective

**[PROPOSED] ORDER GRANTING DEFENDANTS AUTO-CHLOR SYSTEM, LLC, AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., AND AUTO-CHLOR SYSTEM OF THE MID-SOUTH, LLC'S MOTION FOR ISSUE & MONETARY SANCTIONS TIME: 10:00 A.M.DATE: JULY 28, 2023DEPT.: A**

1

action cases. Having considered all the evidence and argument in support of and in opposition to the motion, the Court finds that Plaintiffs' counsel Edward J. Wynne and pro hac vice counsel Logan A. Pardell's partner Bryan Gribaldo engaged in unlawful direct solicitation of clients to be plaintiffs in this FLSA collective action case warranting sanctions. As reasonable sanctions to prevent any further wrongdoing and ensure that the Court has the ability to properly supervise communications with potential opt-in plaintiffs if and when the Court grants conditional certification, the Court orders:

(1) Plaintiffs' counsel and their respective firms shall have no further communications with branch managers of any Auto-Chlor entity, either a party to this lawsuit or not through the duration of this lawsuit;

(2) Plaintiffs' counsel shall not represent any other branch managers in this lawsuit other than the two named plaintiffs on whose behalf they brought the lawsuit; and

(3) Plaintiffs counsel shall reimburse Defendants for their reasonable attorneys fees incurred in bringing this motion in the amount of $2,500, payable within 30 days to defense counsel Horowitz & Clayton, A Professional Corporation.

IT IS SO ORDERED.

Dated: July ___, 2023

                                          ALEX G. TSE
                                          United States Magistrate Judge

# PROOF OF SERVICE

I am employed in the County of **Los Angeles**, State of California. I am over the age of 18 years and not a party to the within action; my business address is **300 Corporate Pointe, Suite 355, Culver City, California 90230.**

On the below-stated date, I served the foregoing document described as **[PROPOSED] ORDER GRANTING DEFENDANTS AUTO-CHLOR SYSTEM, LLC, AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., AND AUTO-CHLOR SYSTEM OF THE MID-SOUTH, LLC's MOTION FOR ISSUE & MONETARY SANCTIONS** on all interested parties in this action.

☒ by placing ☐ *the original* ☒ *a true copy* thereof in a sealed envelope addressed as follows:

☐ BY MAIL TO:

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date is more than one day after the date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE I caused such envelope to be hand delivered to the offices of the following addressee:

☐ BY FACSIMILE: I personally sent such document via fax to the offices of the addressee, with **confirming copy** by **First Class Mail** as follows:

☒ BY E-MAIL: I personally sent such document via e-mail to the addressee as follows:

Logal A. Pardell: lpardell@pkglegal.com

Edward J. Wynne: ewynne@wynnelawfirm.com

Declaration

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed June 20, 2023, at Los Angeles County, California.

ELDA GONZALEZ