Edward J. Wynne (SBN 165819)
ewynne@wynnelawfirm.com
WYNNE LAW FIRM
80 E. Sir Francis Drake Blvd., Ste. 3G
Larkspur, CA 94939
Telephone   (415) 461-6400
Facsimile    (415) 461-3900

Logan A. Pardell* (admitted *pro hac vice*)
lpardell@pkglegal.com
PARDELL, KRUZYK & GIRIBALDO, PLLC
433 Plaza Real, Suite 275
Boca Raton, FL 33432
Telephone (561) 447-8444
Facsimile (877) 453-8003

*Counsel for Plaintiffs and the Putative Collective*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SABLOWSKY and SUMNER JOHNSON, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>AUTO-CHLOR SYSTEM, LLC, AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., and AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC<br><br>Defendants. | Case No. 3:23-cv-02555-AGT<br><br>**DECLARATION OF EDWARD J. WYNNE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR ISSUE AND MONETARY SANCTIONS; PLAINTIFFS' REQUEST FOR SANCTIONS AGAINST DEFENDANTS AND DEFENSE COUNSEL**<br><br>Date: July 28, 2023<br>Time: 10:00 a.m.<br>Dept. A, 15th Floor<br>Hon. Alex G. Tse |

I, EDWARD J. WYNNE, do hereby declare and state:

1. I am an attorney at law duly licensed to practice in all the courts of the state of California and am admitted to practice before all state and federal courts in California. I am the principal of Wynne Law Firm, attorneys of record for Plaintiffs herein.

2. Neither I, nor anyone at my firm, handwrote or otherwise included "Debbie/FYI" onto any of the envelopes containing the Newsletter sent out by Plaintiffs' counsel.

3. Neither I, nor anyone at my firm, ever directly spoke with any of the individuals who received the Newsletter or the LinkedIn communication.

4. Prior to Defendants' filing of their motion for sanctions, defense counsel did not attempt to meet and confer with me nor anyone at my firm.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 5th day of July, 2023, at Larkspur, California.

_____
Edward J. Wynne