1  Craig A. Horowitz, State Bar No. 125159
2  Wayne D. Clayton, State Bar No. 137564
   **HOROWITZ & CLAYTON**
3  A Professional Corporation
   300 Corporate Pointe, Suite 355
4  Culver City, California 90230
   Telephone: (310) 442-1122
5  Facsimile: (310) 442-2612

6
   Attorneys for Defendants,
7  AUTO-CHLOR SYSTEM, LLC,
   AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC.,
8  and AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC

9

10                     **UNITED STATES DISTRICT COURT**
11
12                     **NORTHERN DISTRICT OF CALIFORNIA**

13

14

15  MARK SABLOWSKY and SUMNER JOHNSON,)   **Case No. 23-cv-02555**
    on behalf of themselves and others similarly situated,)
16                                        )  [Assigned to Hon. Alex G Tse, Dept. A]
                                          )
17          Plaintiff,                    )
                                          )  **CERTIFICATE OF CONFLICTS AND**
18                                        )  **INTERESTED PARTIES**
                                          )
19     vs.                                )
                                          )
20  AUTO-CHLOR SYSTEM, LLC, AUTO-CHLOR)
    SYSTEM OF NEW YORK CITY, INC., and AUTO-)
21  CHLOR SYSTEM OF THE MID SOUTH, LLC;   )
                                          )
22                                        )
         Defendants.                      )
23                                        )
                                          )
24                                        )
                                          )
25

26      Pursuant to Local Rule 3.15, the undersigned certifies that as of this date, other than the

27  named parties, there is no such interest to report. Defendants will supplement this certification if it

28

---

**CERTIFICATE OF CONFLICTS AND INTERESTED PARTIES**

becomes necessary.

DATED: July 7, 2023

HOROWITZ & CLAYTON

BY: *(signature)* Craig A. Horowitz
CRAIG A. HOROWITZ
Attorneys for Defendants,
AUTO-CHLOR SYSTEM, LLC., AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., and AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC

---

**CERTIFICATE OF CONFLICTS AND INTERESTED PARTIES**
- i -

# PROOF OF SERVICE

I am employed in the County of **Los Angeles**, State of California. I am over the age of 18 years and not a party to the within action; my business address is **300 Corporate Pointe, Suite 355, Culver City, California 90230.**

On the below-stated date, I served the foregoing document described as **CERTIFICATE OF CONFLICTS AND INTERESTED PARTIES** on all interested parties in this action.

☒ by placing ☐ *the original* ☒ *a true copy* thereof in a sealed envelope addressed as follows:

☐   BY MAIL TO:

☐   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date is more than one day after the date of deposit for mailing in affidavit.

☐   BY PERSONAL SERVICE I caused such envelope to be hand delivered to the offices of the following addressee:

☐   BY FACSIMILE: I personally sent such document via fax to the offices of the addressee, with **confirming copy** by **First Class Mail** as follows:

☒   BY E-MAIL: I personally sent such document via e-mail to the addressee as follows:

Logal A. Pardell: lpardell@pkglegal.com

Edward J. Wynne: ewynne@wynnelawfirm.com

Declaration

☐   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed July 7, 2023, at Los Angeles County, California.

ELDA GONZALEZ