1    Craig A. Horowitz, State Bar No. 125159
2    Wayne D. Clayton, State Bar No. 137564
     **HOROWITZ & CLAYTON**
3    A Professional Corporation
     300 Corporate Pointe, Suite 355
4    Culver City, California 90230
     Telephone: (310) 442-1122
5    Facsimile: (310) 442-2612

6
     Attorneys for Defendants
7    AUTO-CHLOR SYSTEM, LLC, AUTO-CHLOR SYSTEM OF
     NEW YORK CITY, INC.,  and AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC
8

9

10                        **UNITED STATES DISTRICT COURT**

11                       **NORTHERN DISTRICT OF CALIFORNIA**

12

13   MARK SABLOWSKY and SUMNER JOHNSON,)    **Case No. 23-cv-02555**
     on behalf of themselves and others similarly situated,)
14                                        )    [Assigned to Hon. Alex G Tse, Dept. A]
                                          )
15        Plaintiff,                      )    **DEFENDANTS' COUNSEL MOTION**
16                                        )    **FOR   LEAVE   TO   APPEAR**
                                          )    **REMOTELY ON MOTIONS SET FOR**
17   vs.                                  )    **CONTINUED HEARING ON AUGUST**
                                          )    **4, 2023**
18   AUTO-CHLOR  SYSTEM,  LLC,  AUTO-CHLOR)
19   SYSTEM OF NEW YORK CITY, INC., and AUTO-)    [[Proposed] Order submitted concurrently
     CHLOR SYSTEM OF THE MID SOUTH, LLC;  )    herewith]
20                                        )
21        Defendants.                     )    Time: 10:00 a.m.
                                          )    Date: August 4, 2023
22                                        )    Dept.: A
                                          )
23

24        On July 24, 2023, the Court advised the parties that Defendants' Rule 12(b)(6) Motion to

25   Dismiss Action and Defendants' Motion for Issue and Monetary Sanctions for Unlawful Solicitation

26   of FLSA Putative Branch Manager Collective Action Members by Plaintiffs' Counsel motions set

27   for hearing at 10:00 a.m. on July 28, 2023 has been continued to 10:00 a.m., August 4, 2023.
28

Defendants respectfully request that, if appearance is required, their counsel Craig A. Horowitz or Wayne D. Clayton be permitted to attend the hearing remotely by Zoom teleconference. Defense counsel is located in Los Angeles.

DATED: July 25, 2023

HOROWITZ & CLAYTON

BY: _____
CRAIG A. HOROWITZ
Attorneys for Defendants,
AUTO-CHLOR SYSTEM, LLC, AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., and AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC

**DEFENDANTS' COUNSEL MOTION FOR LEAVE TO APPEAR REMOTELY ON MOTIONS SET FOR CONTINUED HEARING ON AUGUST 4, 2023**

**PROOF OF SERVICE**

I am employed in the County of **Los Angeles**, State of California.  I am over the age of 18 years and not a party to the within action; my business address is **300 Corporate Pointe, Suite 355, Culver City, California 90230.**

On the below-stated date, I served the foregoing document described as **DEFENDANTS' COUNSEL MOTION FOR LEAVE TO APPEAR REMOTELY ON MOTIONS SET FOR CONTINUED HEARING ON AUGUST 4, 2023** on all interested parties in this action.

☒ by placing ☐ *the original* ☒ *a true copy* thereof in a sealed envelope addressed as follows:

☐ BY MAIL TO:

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date is more than one day after the date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE I caused such envelope to be hand delivered to the offices of the following addressee:

☐ BY FACSIMILE:  I personally sent such document via fax to the offices of the addressee, with **confirming copy** by **First Class Mail** as follows:

☒ BY E-MAIL: I personally sent such document via e-mail to the addressee as follows:

Logal A. Pardell: lpardell@pkglegal.com

Edward J. Wynne: ewynne@wynnelawfirm.com

Declaration

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed July 25, 2023, at Los Angeles County, California.

_____
ELDA GONZALEZ