Edward J. Wynne (SBN 165819)
ewynne@wynnelawfirm.com
George Nemiroff (SBN 262058)
gnemiroff@wynnelawfirm.com
WYNNE LAW FIRM
80 E. Sir Francis Drake Blvd., Ste. 3G
Larkspur, CA 94939
Telephone   (415) 461-6400
Facsimile    (415) 461-3900

Logan A. Pardell* (admitted *pro hac vice*)
lpardell@pkglegal.com
PARDELL, KRUZYK & GIRIBALDO, PLLC
433 Plaza Real, Suite 275
Boca Raton, FL 33432
Telephone (561) 447-8444
Facsimile (877) 453-8003

*Counsel for Plaintiffs and the Putative Collective*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark  Sablowsky and Sumner Johnson, *on behalf of themselves and others similarly situated*,<br><br>                   Plaintiffs,<br><br>   vs.<br><br>Auto-Chlor System, LLC, Auto-Chlor System of New York City, Inc., and Auto-Chlor System of the Mid South, LLC<br><br>               Defendants. | ) Case No. 3:23-cv-02555-AGT<br>)<br>)<br>) **DECLARATION OF LOGAN A.**<br>) **PARDELL REGARDING EXHIBIT**<br>) **ATTACHED IN SUPPORT OF**<br>) **PLAINTIFFS' MOTION FOR**<br>) **CONDITIONAL CERTIFICATION**<br>)<br>)<br>)<br>) |

I, Logan A. Pardell, declare under penalty of perjury as follows:

1.   I am over 18 years old.

2.   I am Plaintiffs' Counsel in the above referenced case.

3.   Attached to this Declaration is Exhibit 6 to Plaintiffs' Motion for Conditional Certification, which is a composite of excerpts I obtained from Auto-Chlor System's website, www.autochlor.com.

4.   The website page at the bottom-left corner of each page is the true and accurate website page from which I obtained these excepts.

5.   The date and time at the top-left corner of each page is the true and accurate date and time on which I obtained these excerpts.

6.   To obtain these excerpts, I printed the pages to PDF and saved them on my local hard drive. I did not alter or in any way change the language of the excepts provided in this Exhibit, other than including Bates numbering at the bottom right corner of the pages.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 3, 2023

_____
Logan A. Pardell

SDS (https://www.autochlor.com/sds-msds/)                                        C A R E E R



**( / C A R E E R S / )**


(https://www.autochlor.com/)

# JAMES ROBINSON PATENTS AUTOMATIC CHEMICAL DISPENSING FOR SANITATION IN COMMERCIAL KITCHENS AND FOUNDS AUTO-CHLOR SYSTEM WITH REGULARLY SCHEDULED SERVICE ROUTES.



In 1938, James D. Robinson conceived the idea of an Automatic Chlorination System. Simply put, equipment installed in customer accounts would automatically dispense a proper amount of chemical sanitizer into rinse water.

In 1939, James D. Robinson patented his Automatic Chlorination device and set out to revolutionize warewashing and sanitation methods. Shortly after the National Standards Foundation (NSF) was established in 1944, Auto-Chlor System became one of the organizations contributing members and remains active with the Joint Committee for Food Equipment to this day.

The most important component in our low-energy, high efficiency dishmachines is 80 plus years of innovative technology.

Many years, patents and satisfied customers later, Auto-Chlor System has beco

Privacy - Terms

Composite Exhibit of Website Pages 001

national leader in the production and installation of Low Energy Dishmachines. We have expanded from dishwashing into Commercial Laundry, Housekeeping, Hard Surface Cleaning and Disinfecting. Dish machine production remains in Memphis, the Corporate Offices are located in Mountain View, California and nationwide the Auto-Chlor System has grown to 126 branches with over 75,000 customers and we're not finished yet.

As we continue to grow and invest in the future, we maintain a commitment to the principles on which our business was founded, the principles which define the Auto-Chlor System.

As we develop new products, we pay close attention to sustainability, focusing on ingredient responsibility, human health and environmental impact over the product life cycle. Our commitment is to meet today's challenges — and to develop new solutions that will keep our customers at the forefront.





# the greatest thing to happen to dishwashing since soap!



You can throw in the towel, and the wrenches, and the screwdrivers, and anything else you don't like about dishwashing. Auto-Chlor Dishwashing Machine will wash and sanitize all your dishes, glasses and silverware. Automatically. And

better than anybody else. Or any other system. We furnish machine, chemicals, detergents, and maintenance. 24-hours a day! It doesn't cost you anything to find out how we can save you money . . . and wash your dishes. Better.

## AUTO·CHLOR
### SYSTEM, INC.

FOR THE GREATEST DISHWASHING STORY EVER TOLD, CONTACT THE ONE NEAREST YOU:

**LOS ANGELES**
Felix Coggins    (213) 324-5818

**SAN DIEGO**
Rawley Linzey  (714) 284-2772

**SAN FRANCISCO**
Leon Torrey    (415) 362-4293

**PORTLAND**
Gary Pendleton (503) 232-9318

**SEATTLE**
Jerry Ivy      (206) 329-1417

**PHOENIX**
Bob Merryfield (602) 265-2687

**DENVER**
Lee Ginsburg   (303) 433-4650

(https://www.autochlor.com/wp-content/uploads/2019/06/800x1100-history-3-768x1024.jpg)



SERVICE LOCATIONS (/service-locations/)

CAREER OPPORTUNITIES (/careers-new/)

(http://www.facebook.com/autochlor)    (http://www.linkedin.com/company/auto-chlor-system)

*Department

*Business Name

*Name

*Email

*Phone Number

*City

*State

Composite Exhibit of Website Pages 004

Message

COPYRIGHT © 2023 AUTO-CHLOR SYSTEM ® (https://www.autochlor.com/) ALL RIGHTS RESERVED.

(https://www.hardyinfotech.com)

Composite Exhibit of Website Pages 005

SDS (https://www.autochlor.com/sds-msds/)



(https://www.autochlor.com/)



# WHY AUTOCHLOR

Auto-Chlor System has been in business as a dishwashing machine, laundry service and chemical supply specialist to the hospitality, healthcare, and lodging industry for over 85 years. Our rigorous focus on delivering exceptional cleaning results has fostered the reputation of always providing the best possible service to our customers. We have "quietly" expanded to more than 140 service locations throughout the USA. Company growth has been fueled by unsolicited, word of mouth customer endorsements rather than fancy slogans and advertising.

Auto-Chlor System is unique because the dishmachines that we install and service are designed and manufactured at our manufacturing facility in Memphis, TN. No national competitor manufactures their own dishmachines. Consequently, our ability to provide comprehensive timely service far surpasses any of our competitors. By limiting the variety of machines that we lease and service, Auto-Chlor has reduced a normally large and complex inventory of dishmachine parts to a manageable level so that each of our trucks has the necessary parts to make any repair on the first service call. We understand that our customers expect a repair, not a diagnosis.







# OUR SERVICE COMMITMENT

## Our Service Commitment





# OUR SERVICE COVERAGE

With over 1000 service vehicles operating from 142 branches across the country, we are very capable of providing your operation with dependable and timely service anywhere. You can rely on technicians to have the expertise and the parts to keep you operating 365 days a year.

We also service and provide all types of cleaning products for lodging and healthcare facilities. Most of the customers that lease machines from us, as well as those that own their dishmachines, also rely on our institutional cleaning supplies to maintain clean, sanitary, and safe operations for their guests, patients, and staff.

# OUR ROUTE SERVICE

Auto-Chlor is unique in providing very thorough and comprehensive preventive maintenance. Service is provided every 28 days. Our "Route Service" provides dishmachine preventative maintenance, repairs, and cleaning as well as staff training and development. Our attention to service and training of your staff will reduce emergency service and eliminate a "crisis management" situation.

The National Sanitation Foundation as well as Underwriters Laboratories approves all of the Auto-Chlor dish washing and glass washing machines. Additionally, our dishmachines are Energy Star certified. As the original green company in this industry, Auto-Chlor manufactures all its products to be biodegradable and in 2009 was recognized by the EPA as a Champion in their Safe Detergent Surfactant Initiative.



# THE GREEN GUARANTEE

We lead the industry in consistent use of environmentally safe and effective chemistry. Our warewashing system is exceptional. By controlling the mechanical and chemical

variables we are able to provide a synergistic system that delivers spotless and effective results every wash.

We are the only company in our industry that reuses and recycles all plastic containers. During our regularly scheduled route service call, we deliver new chemicals and remove all empty containers. We ask our customers to help us with this effort by saving and returning containers. Together we keep hundreds-of-thousands of containers out of landfills every year. We deliver less corrugate packaging than any other dishmachine and chemical supply company in the USA.







# OUR TRAINED PROFESSIONALS

We specialize in turnkey installation. Following a comprehensive survey, we develop, install and implement a complete cleaning and sanitation program to maximize the efficiency of your dish washing system and general cleaning and sanitization

requirements. Our factory trained professionals have years of experience with regulatory agencies and are well prepared to assist you with foodservice, lodging and healthcare operation.

⬆

Contact us today to learn more about our products, service, and sustainability commitments.





Auto-Chlor is my most reliable vendor. They show up to service my equipment and deliver my supplies every four weeks. When I need them in a hurry they respond immediately and always arrive in less than two hours.

**– Andrew Adams, Executive Chef, Memphis, TN**

http://acrememphis.com (http://acrememphis.com)



SERVICE LOCATIONS (/service-locations/)

CAREER OPPORTUNITIES (/careers-new/)

*Department

*Business Name

*Name

*Email

*Phone Number

*City

*State

Message

COPYRIGHT © 2023 AUTO-CHLOR SYSTEM ® (https://www.autochlor.com/) ALL RIGHTS RESERVED.

(https://www.hardyinfotech.com)



Composite Exhibit of Website Pages 015

SDS (https://www.autochlor.com/sds-msds/)

🔍


CAREER


(/CAREERS/)
☰


(https://www.autochlor.com/)

🏠 Home (Https://Www.Autochlor.Com/)  ›  News (Https://Www.Autochlor.Com/News/)  ›

Company Announcements (Https://Www.Autochlor.Com/Category/Company-Announcements/)  ›

Salt Lake City, Utah



# Salt Lake City, Utah

📅 January 28, 2020 (https://www.autochlor.com/2020/01/)   👤 Auto-Chlor Admin (https://www.autochlor.com/author/acadmin/)

💬 0 Comments (https://www.autochlor.com/company-announcements/salt-lake-city-utah/#comments)

## NOW OPEN & Servicing Salt Lake City and Surrounding Area

We are excited to announce the opening of our newest branch in Salt Lake City, Utah! This newest Auto-Chlor System location will service customers throughout greater Salt Lake City and the Northern Utah area.  The Salt Lake City service territory will be managed by Kevin Wyant.  According to Jonah Beckstead, Auto-Chlor System Regional Vice President, *"Kevin is originally from Utah and is excited to be coming home. Over the last several years, he has provided high quality service as a leader for Auto-Chlor System in our Oregon market. Kevin's experience brings a superior level of knowledge and a strong commitment to deliver quality products and service throughout the territory."*  Like all other Auto-Chlor locations, the Salt Lake City team will

Privacy · Terms

provide the same 28-day route service, turn-key equipment installations and expert cleaning and sanitation advice that Auto-Chlor offers its customers across the country.  Additionally, the North Salt Lake facility will inventory a complete line of Auto-Chlor dishmachines, parts and high quality products.

Address: 905 North Main Street #A5
North Salt Lake, UT 84054
Phone:   (385) 441-2295



Categories: Company Announcements (https://www.autochlor.com/category/company-announcements/)

Share this post:   f (http://www.facebook.com/sharer.php?u=http://www.autochlor.com/company-announcements/salt-lake-city-utah/) in (https://www.linkedin.com/shareArticle?mini=true&url=https://www.autochlor.com/company-announcements/salt-lake-city-utah/) 𝕐 (http://twitter.com/share?url=http://www.autochlor.com/company-announcements/salt-lake-city-utah/)   

---

## WRITE A REVIEW FOR THE

# SALT LAKE CITY, UTAH

*Name

*Email (email will be hidden)

*Store Rating   5

Composite Exhibit of Website Pages 017


*Message

SEND

## RECENT POST



(https://www.autochlor.com/company-announcements/promotion-reggie-lee/)

Oct 06, 2020

Promotion – Reggie Lee (https://www.autochlor.com/company-announcements/promotion-reggie-lee/)

Oct 06, 2020

Xpress under 60 seconds (https://www.autochlor.com/chemicals/xpressdd1minute/)

Composite Exhibit of Website Pages 018



(https://www.autochlor.com/chemicals/xpressdd1minute/)





Jun 18, 2020

Auto-Chlor System acquires Minnesota based company, Ver-tech Solutions

(https://www.autochlor.com/company-announcements/autochloracquiresvertech/)

& Service (https://www.autochlor.com/company-announcements/autochloracquiresvertech/)



Jan 28, 2020

Salt Lake City, Utah

(https://www.autochlor.com/company-announcements/salt-lake-city-utah/)

(https://www.autochlor.com/company-announcements/salt-lake-city-utah/)



Aug 19, 2019

Auto-Chlor Launching On Premise Laundry Solution – SURPASS

(https://www.autochlor.com/chemicals/on-premise-laundry-solution/)

(https://www.autochlor.com/chemicals/on-premise-laundry-solution/)





SERVICE LOCATIONS (/service-locations/)

CAREER OPPORTUNITIES (/careers-new/)

 (http://www.facebook.com/autochlor)

 (http://www.linkedin.com/company/auto-chlor-system

*Department

*Business Name                                                                    ⬆

*Name

*Email

*Phone Number

*City

*State

Message



                                                                            ✉


COPYRIGHT © 2023 AUTO-CHLOR SYSTEM ® (https://www.autochlor.com/) ALL RIGHTS RESERVED.

🔴

(https://www.hardyinfotech.com)



## OUR INNOVATION IS THE PRODUCT OF CHEMISTRY, DIGITAL TECHNOLOGY AND SERVICE TO DELIVER EXPONENTIAL CUSTOMER VALUE

Our team of engineers and technical specialists create best-in-class solutions that are responsibly sourced and developed with close attention to human and environmental impact. With our expertise in core technologies, including digital solutions, antimicrobials, dispensing and monitoring, personal and environmental hygiene, polymers, surfactants, solid chemistry, water management and data analytics, we help improve operational efficiency, product quality and safety for our customers.

As we develop new products, we pay close attention to sustainability, focusing on ingredient responsibility, human health and environmental impact over the product life cycle. Our commitment is to meet today's challenges — and to develop new solutions that will keep our customers at the forefront.

## OUR AIM IS TO BE YOUR MOST VALUED PARTNER.

EVERYWHERE IT MATTERS.
Auto-Chlor System works with customers in multiple to help ensure operational efficiency, safety, sustainability, product quality and guest satisfaction.

Our field service teams pay multiple visits to more than one million different customer sites every year. While there, they monitor systems and processes, solve challenges,

Composite Exhibit of Website Pages 021

share best practices and promote safety. Each visit provides us with deeper insight into customer operations — the basis for actionable recommendations to improve guest and employee satisfaction, keep food safe, increase operational efficiency, achieve sustainability goals, enhance safety and protect brand reputation. As we develop new products, we pay close attention to sustainability, focusing on ingredient responsibility, human health and environmental impact over the product life cycle. Our commitment is to meet today's challenges — and to develop new solutions that will keep our customers at the forefront.

SDS (https://www.autochlor.com/sds-msds/)




(https://www.autochlor.com/)



# Who is Autochlor

At Auto-Chlor, we deliver solutions to leading brands in the food, healthcare, hospitality and industrial markets to help make the nation cleaner, safer and healthier, protecting people and vital resources.

A trusted partner in over 100,000 customer locations, Auto-Chlor is a national leader in water, hygiene and infection prevention solutions and services. From food, healthcare, hospitality and industrial markets, our 2,500 plus associates help customers optimize the cleanliness, efficiency, safety, sustainability and profitability of their operations in more than 140 local markets within the united states.

As a company, and as individuals, we're passionate about sharing our time, talent and resources. We use our presence and local insights to positively impact the lives and communities we serve. ACS supports programs and initiatives that protect people and nature in the communities in we live and work. At Auto-Chlor, we are driven to uphold ethical, inclusive and responsible

Privacy · Terms

Composite Exhibit of Website Pages 023

practices wherever we operate. We respect human rights across all of our operations. We cultivate respectful work environments, and work with suppliers that recognize human worth and dignity as well.

Auto-Chlor is an Equal Opportunity Employer–minorities, females, veterans, individuals with disabilities, sexual orientation, and gender identity.

# Why is Autochlor



# Our Culture



At Auto-Chlor, we take on some of the nation's most meaningful challenges, delivering comprehensive solutions, data-driven insights and personalized service to advance food safety, maintain clean and safe environments, optimize water and energy use, and improve operational efficiencies and sustainability for customers. People First is what we lead with but our purpose drives what we do – we impact what matters. The way we do our work matters, too. We work with purpose, reaching our goals, doing what's right and honest, challenging ourselves, working as a team and valuing diverse perspectives to make a difference. We also operate under strong beliefs about who we hire and how we help them grow their careers at Auto-Chlor.We work with purpose, reaching our goals, doing what's right, challenging ourselves, working as a team, and valuing diverse perspectives to make a difference.

## Diversity In Action

Our focus on diversity, equity and inclusion reflects our longstanding values of working together with diverse perspectives to challenge ourselves, reach our goals and do what's right. This is reflected in how we recruit, develop and promote our talented associates, in our commitment to creating respectful and inclusive workplaces and in how we do business with our customers and suppliers.

As a national leader, we believe we also have a responsibility to advance equity – both within our organization and in our communities where we live, work and raise our families. We are working to increase our focus on educating and equipping our teams globally, to build understanding, address inequity and bring our associates together in solidarity to listen, learn and grow together.

At Auto-Chlor, we believe the best teams are diverse and inclusive – and we are on a journey to create a workplace where every associate can grow and achieve their best. The business leaders who make up our organization and dealer network have worked to build framework to ensure progress through teamwork and commit to inspiring action. We are excited about the work we're doing to define a path to our future. ACS is a place where you can grow your career, own your future and impact what matters.



Composite Exhibit of Website Pages 026





## Our Service Commitment

We know how much time and energy you put into your job search. We are committed to delivering a purposeful, efficient recruitment process that allows you to personally experience our culture and see why Auto-Chlor is a great place to work.



Our Service Commitment

## Our Process



We know how much time and energy you put into your job search. We are committed to delivering a purposeful, efficient recruitment process that allows you to personally experience our culture and see why Auto-Chlor is a great place to work.



**Apply online**



**Recruiter Review**



**Interview & Assessment**



**Job Offer**

Composite Exhibit of Website Pages 029



**Begin OnBoarding**

# Our Benefits

Auto-Chlor strives to provide comprehensive and market-competitive benefits to meet the needs of our associates and their families. We offer benefits to support our associates' health and wellness, such as healthcare and time-away policies. We also offer benefits designed to promote our associates' financial well-being, including short- and long-term financial incentives and retirement income and planning.

Specific offerings may vary by location. For more detailed information, please speak with your recruiter.

LEARN MORE
(/benefit/)

# Stay Connected

Join our Talent Network.Join the ACS Talent Network for the latest ACSnews and jobs near you.

LEARN MORE
(/employess-new/)

# Find Career Near By You.

Enter Zipcode Here.

Submit



SERVICE LOCATIONS (/service-locations/)

CAREER OPPORTUNITIES (/careers-new/)

*Department

*Business Name

Composite Exhibit of Website Pages 031

*Name

*Email                                                                                                                         ↑

*Phone Number

*City

*State

Message

✉

COPYRIGHT © 2023 AUTO-CHLOR SYSTEM ® (https://www.autochlor.com/) ALL RIGHTS RESERVED.

(https://www.hardyinfotech.com)

SDS (https://www.autochlor.com/sds-msds/)

 🔍     C A R E E R

**(/CAREERS/)**



(https://www.autochlor.com/)

🏠 Home (Https://Www.Autochlor.Com/)  ›  News (Https://Www.Autochlor.Com/News/)  ›
Company Announcements (Https://Www.Autochlor.Com/Category/Company-Announcements/)  ›
Auto-Chlor Expands To Frederick, MD



# Auto-Chlor Expands to Frederick, MD

📅 June 13, 2017 (https://www.autochlor.com/2017/06/)        👤 Auto-Chlor Admin (https://www.autochlor.com/author/acadmin/)
💬 0 Comments (https://www.autochlor.com/company-announcements/acsexpandstomaryland/#comments)
🏷️ auto-chlor frederick (https://www.autochlor.com/tag/auto-chlor-frederick/), auto-chlor maryland
(https://www.autochlor.com/tag/auto-chlor-maryland/), auto-chlor (https://www.autochlor.com/tag/auto-chlor/), restaurant supply
(https://www.autochlor.com/tag/restaurant-supply/), commercial dishmachines (https://www.autochlor.com/tag/commercial-
dishmachines/), auto-chlor expands (https://www.autochlor.com/tag/auto-chlor-expands/), new locations
(https://www.autochlor.com/tag/new-locations/)
Image (https://www.autochlor.com/type/image/)

**NEW AUTO-CHLOR BRANCH OPENS IN FREDERICK, MD**

Auto-Chlor System announces the opening of a new service and distribution center in Frederick, MD. The new
Frederick location will service customers North of the D.C. Beltway and along the Maryland Panhandle. Chris
Homyer, Auto-Chlor Frederick – Branch Manager, is excited with the ability to provide service to customers in
Frederick and the surrounding area.

Privacy · Terms

Composite Exhibit of Website Pages 033

The Frederick branch will provide additional service coverage in the rapidly growing Northern Virginia market. A full complement of Auto-Chlor Energy Star certified dishwashers and the Auto-Chlor kitchen, housekeeping and laundry cleaning supplies will be warehoused at the facility and ready for immediate installation. Additionally, the Frederick branch will have a staff of Auto-Chlor trained personnel to provide the reliable 28-day service model that has made the company well respected by many foodservice, lodging and healthcare operations.

**ADDRESS**: 1600 Bowmans Farm Road #103, Fredrick, MD 21701
**PHONE**: (703) 642-1617
**FAX**: (703) 642-1538

---

Categories: Company Announcements (https://www.autochlor.com/category/company-announcements/)

Tags: auto-chlor frederick (https://www.autochlor.com/tag/auto-chlor-frederick/),

auto-chlor maryland (https://www.autochlor.com/tag/auto-chlor-maryland/),

auto-chlor (https://www.autochlor.com/tag/auto-chlor/),

restaurant supply (https://www.autochlor.com/tag/restaurant-supply/),

commercial dishmachines (https://www.autochlor.com/tag/commercial-dishmachines/),

auto-chlor expands (https://www.autochlor.com/tag/auto-chlor-expands/),

new locations (https://www.autochlor.com/tag/new-locations/)

Share this post:  f  in  ✯  (http://www.facebook.com/sharer.php?u=https://www.autochlor.com/company-announcements/acsexpandstomaryland/) 

---

WRITE A REVIEW FOR THE

# AUTO-CHLOR EXPANDS TO FREDERICK, MD

*Name

*Email (email will be hidden)

*Store Rating   5

↟



*Message

SEND

## RECENT POST



(https://www.autochlor.com/company-announcements/promotion-reggie-lee/)

Oct 06, 2020

Promotion – Reggie Lee (https://www.autochlor.com/company-announcements/promotion-reggie-lee/)

Oct 06, 2020

Xpress under 60 seconds (https://www.autochlor.com/chemicals/xpressdd1minute/)

Composite Exhibit of Website Pages 035

 (https://www.autochlor.com/chemicals/xpressdd1minute/)

 (https://www.autochlor.com/company-announcements/autochloracquiresvertech/)
& Service (https://www.autochlor.com/company-announcements/autochloracquiresvertech/)

Jun 18, 2020

Auto-Chlor System acquires Minnesota based company, Ver-tech Solutions



 (https://www.autochlor.com/company-announcements/salt-lake-city-utah/)
(https://www.autochlor.com/company-announcements/salt-lake-city-utah/)

Jan 28, 2020

Salt Lake City, Utah

 (https://www.autochlor.com/chemicals/on-premise-laundry-solution/)
(https://www.autochlor.com/chemicals/on-premise-laundry-solution/)

Aug 19, 2019

Auto-Chlor Launching On Premise Laundry Solution – SURPASS



SERVICE LOCATIONS (/service-locations/)

CAREER OPPORTUNITIES (/careers-new/)

 (http://www.facebook.com/autochlor)      (http://www.linkedin.com/company/auto-chlor-system

*Department

*Business Name

*Name

*Email

*Phone Number

*City

*State

Message

✉

---

COPYRIGHT © 2023 AUTO-CHLOR SYSTEM ® (https://www.autochlor.com/) ALL RIGHTS RESERVED.

(https://www.hardyinfotech.com)

⬆

**CAREER**

**Auto-Chlor SYSTEM**

(https://www.autochlor.com/)

(/ CAREERS /)



# AUTO-CHLOR EXPANDS TO BOISE, ID

📅 June 24, 2016 (https://www.autochlor.com/2016/06/)    👤 Auto-Chlor Admin (https://www.autochlor.com/author/acadmin/)

💬 0 Comments (https://www.autochlor.com/company-announcements/acsexpandstoidaho/#comments)

🏷️ new location auto-chlor (https://www.autochlor.com/tag/new-location-auto-chlor/), commercial dishmachines (https://www.autochlor.com/tag/commercial-dishmachines/), restaurant supply near me (https://www.autochlor.com/tag/restaurant-supply-near-me/), auto-chlor system (https://www.autochlor.com/tag/auto-chlor-system/)

Image (https://www.autochlor.com/type/image/)

## AUTO-CHLOR SYSTEM EXPANDS SERVICE NETWORK



June 24, 2016 – Portland, OR. Auto-Chlor System announces the opening of a new service location in Boise, ID. The new Boise – Treasure Valley location will service the Southern portion of Idaho east and west along the I-84 corridor. Barry Tischart, Auto-Chlor Regional Manager, is excited with the ability to provide service to customers in Boise and the surrounding area. According to Tischart "*the circumstances that have brought us to Boise are ideal, an existing foodservice customer with multiple locations in Idaho asked Auto-Chlor to take over the dishmachine service and provide the ancillary cleaning supplies for their entire Idaho Region. This gave us the customer base we needed to establish a fully functional branch. Its a great start for Auto-Chlor and we are delighted to be able to provide one of our largest customers the same service in their Idaho market as we provide in their other locations across the U.S.A. Additionally, our Oregon and Washington customers that have expanded into Idaho have wanted our products, equipment and service for some time. We look forward to servicing these customers as well*".

✉️ Contact Us

Privacy · Terms

Composite Exhibit of Website Pages 038

**C A R E E R**

**( / C A R E E R S / )**

The Boise – Treasure Valley branch will align with the Auto-Chlor System Northwest Territory. A full complement of Auto-Chlor Energy Star certified dishwashers and the Auto-Chlor kitchen, housekeep and laundry cleaning supplies will be warehoused at the facility and ready for immediate installation.  Additionally, the Boise branch will have a complete staff of Auto-Chlor trained personnel.  Like all other Auto-Chlor locations, the **reliable 28-day service model** that has made the company so successful will be the core component of the Boise operation.  For more information, contact the Boise Branch directly.

ADDRESS: 2768 Featherly Way Boise, ID 83709

PHONE: 208 362-9431

FAX: 208 362-9430

---

Categories: Company Announcements (https://www.autochlor.com/category/company-announcements/)

Tags: new location auto-chlor (https://www.autochlor.com/tag/new-location-auto-chlor/),

commercial dishmachines (https://www.autochlor.com/tag/commercial-dishmachines/),

restaurant supply near me (https://www.autochlor.com/tag/restaurant-supply-near-me/),

auto-chlor system (https://www.autochlor.com/tag/auto-chlor-system/)

Share this post:



 Contact Us

## WRITE A REVIEW FOR THE

# AUTO-CHLOR EXPANDS TO BOISE, ID

*Name

*Email (email will be hidden)

*Store Rating   5



Composite Exhibit of Website Pages 039



(https://www.autochlor.com/)

SDS (https://www.autochlor.com/sds-msds/)

CAREER

(/CAREERS/)

SEND

## RECENT POST



Contact Us

(https://www.autochlor.com/company-announcements/promotion-reggie-lee/)

Oct 06, 2020

Promotion – Reggie Lee (https://www.autochlor.com/company-announcements/promotion-reggie-lee/)

Oct 06, 2020

Xpress under 60 seconds (https://www.autochlor.com/chemicals/xpressdd1minute/)

Composite Exhibit of Website Pages 040

SDS (https://www.autochlor.com/sds-msds/)

(https://www.autochlor.com/chemicals/xpressdd1minute/)

**C A R E E R**

**( / C A R E E R S / )**

(https://www.autochlor.com/)

Jun 18, 2020

(https://www.autochlor.com/company-announcements/autochloracquiresvertech/)

Auto-Chlor System acquires Minnesota based company, Ver-tech Solutions

& Service (https://www.autochlor.com/company-announcements/autochloracquiresvertech/)

Jan 28, 2020

(https://www.autochlor.com/company-announcements/salt-lake-city-utah/)

Salt Lake City, Utah

(https://www.autochlor.com/company-announcements/salt-lake-city-utah/)

Aug 19, 2019

(https://www.autochlor.com/chemicals/on-premise-laundry-solution/)

Auto-Chlor Launching On Premise Laundry Solution – SURPASS

(https://www.autochlor.com/chemicals/on-premise-laundry-solution/)

 Contact Us



SERVICE LOCATIONS (/service-locations/)

CAREER OPPORTUNITIES (/careers-new/)



SDS (https://www.autochlor.com/sds-msds/)

**CAREER**

(/CAREERS/)

(https://www.autochlor.com/)

*Name

*Email

*Phone Number

*City

*State

Message

✉ Contact Us

COPYRIGHT © 2023 AUTO-CHLOR SYSTEM ® (https://www.autochlor.com/) ALL RIGHTS RESERVED.

(https://www.hardyinfotech.com)