UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE HENRY GONZALEZ,
Individually and on behalf of all
others similarly situated,

                Plaintiff,

      -against-

AUTO-CHLOR SYSTEM OF NEW YORK
CITY, INC., AUTO-CHLOR SYSTEM OF
THE MID SOUTH, LLC and ABC
CORPORATIONS #1-10 and JOHN DOES
#1-10, jointly and severally,

                Defendants.
-------------------------------------------------------------X

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

Case No. 12-CV-3465 (BMC)

      DANIELÉ D. DE VOE, an attorney duly admitted to practice law in the United States District Court for Eastern District of New York, hereby affirms under the penalty of perjury as follows:

      1.    Defendants-AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC. and AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC are dealerships/franchises of Auto-Chlor System LLC.

Dated:  Garden City, New York
           August 8, 2012

                                              Yours, etc.

                                              WEINSTEIN, KAPLAN & COHEN, P.C.
                                              Attorneys for Defendants

                                              By: _____
                                                  DANIELÉ D. DE VOE (DD0777)
                                             1325 Franklin Avenue
                                             Suite 210
                                             Garden City, New York 11530
                                             (516) 877-2525