

January 3, 2018

Sumner Johnson


Dear Sumner,

It is my pleasure to extend an offer of employment to you as Branch Manager, Des Moines, IA Branch 890.  Some of the specifics of the job offer are:

1.  **Assignment**.
    Your title will be Branch Manager- Des Moines and you will report to Ryan Hodel, Regional Manager. This is an exempt position.  You will be participating in the Emergency On-Call Rotation System.

2.  **Starting Date.**
    Your start date will be January 2, 2018.

3.  **Compensation.**
    Your base salary will be equal to **$60,000** annually with $250 per machine sold - no bonus at this time.


4.  **Other Compensation.**
    Managers are provided a company vehicle, gas card and cell phone for company use only.

5.  **Employment at Will.**
    Auto-Chlor System is an At-Will employer.  Both you and the Company will be free to terminate the employment relationship at any time.

Please confirm your acceptance by signing a duplicate original of the offer letter and confidentiality agreement and returning it to me as soon as you can.

If you have any questions about this offer, please speak with Ryan.

Sincerely,

Ms. Jimmie Busby
Regional Human Resources
Auto-Chlor System


**Acceptance**

Accepted and agreed to this _____2_____ day of _____January_____,
2018.

_____
Sumner Johnson

Received in HR_____