1  Craig A. Horowitz, SBN. 125159
   Wayne D. Clayton SBN. 137564
2  HOROWITZ & CLAYTON
   300 Corporate Pointe, Suite 55
3  Culver City, CA 90230
   Phone: (310) 442-1122
4  Fax: (310) 442-2612

5
   Counsel for Defendants, AUTO-CHLOR SYSTEM, LLC,
6  AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., AND
   AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC
7

8

9
                    **UNITED STATES DISTRICT COURT**
10                  **NORTHERN DISTRICT OF CALIFORNIA**

11  MARK    SABLOWSKY    and    SUMNER       Case No. 3:23-cv-02555-AGT
    JOHNSON, *on behalf of themselves and others*
12  *similarly situated,*

13                    Plaintiffs,              **DECLARATION      OF     KEN
                                               WOODCOX  IN  OPPOSITION  TO
14                vs.                          PLAINTIFFS'     MOTION    FOR
                                               CONDITIONAL CERTIFICATION**
15
    AUTO-CHLOR  SYSTEM,  LLC,  AUTO-
16  CHLOR  SYSTEM  OF  NEW  YORK  CITY,        Date: September 8, 2023
    INC., and AUTO-CHLOR SYSTEM OF THE         Time: 10:00 a.m.
17  MID SOUTH, LLC                             Dept. A, 15th Floor
                                               Hon. Alex G. Tse
18                Defendants.

19

20

21

22

23

24

25

26

27

28
    _____
          **DECLARATION OF KEN WOODCOX IN OPPOSITION TO PLAINTIFFS' MOTION
                    FOR CONDITIONAL CERTIFICATION**

I, Ken Woodcox, declare and state as follows:

1.      If called as a witness in this action, I would testify to the facts below. I have personal knowledge of these facts.

2.      I was Regional Vice President of Auto-Chlor System of the Mid South, LLC at the time Plaintiff Sumner Johnson throughout the time was employed by Auto-Chlor System of the Mid South, LLC as the Des Moines, Iowa Branch Manager.

3.      Auto-Chlor System of the Mid South, LLC  currently has  24  branches.  I list below the location of the branches and the current number of employees working in each branch.

| TOTAL | HEAD COUNT |
|---|---|
| CHATTANOOGA | 9 |
| KNOXVILLE | 9 |
| NASHVILLE | 21 |
| MEMPHIS | 14 |
| LITTLE ROCK | 7 |
| JACKSON, MS | 17 |
| COLUMBUS, MS | 5 |
| ATLANTA SOUTH | 16 |
| ATLANTA NORTH | 15 |
| PITTSBURGH | 7 |
| EVANSVILLE | 3 |
| MINNEAPOLIS | 8 |
| DES MOINES | 2 |
| ST LOUIS | 12 |
| LOUISVILLE | 14 |
| CHICAGO | 21 |

1

**DECLARATION OF KEN WOODCOX IN OPPOSITION TO PLAINTIFFS' MOTION
FOR CONDITIONAL CERTIFICATION**

| | |
|---|---|
| INDIANAPOLIS | 9 |
| CINCINNATI | 5 |
| DETROIT | 11 |
| MADISON | 5 |
| GRAND RAPIDS | 10 |
| COLUMBUS, OH | 4 |
| CLEVELAND | 3 |
| BUFFALO | 4 |

4.    Given the small size of the Des Moines, Iowa branch, which had three employees when Sumner Johnson worked there, his work duties bore no resemblance to the branch managers in Chicago and Nashville, for example, which currently have 21 employees. (The De Moines branch is currently short one employee and is working to fill the vacancy.) The Chicago and Nashville Branch Managers supervise employees virtually all the time, set the routes, supervise a branch administrator, and perform almost entirely managerial duties. Mr. Johnson spent far more than 50% of his time on managerial duties but did in fact engage in some selling of dishwashers and detergents. He in fact was promoted from a Sales Service Representative ("SSR") working in the field to a Branch Manager working primarily in the branch office.

5.    Similarly, branch manager at small branches like Evansville, Columbus, Cleveland, Buffalo, Madison and Cincinnati have entirely different duties than in larger branches like Jackson MS, Atlanta South, Atlanta North, St. Louis, Louisville, Detroit, Grand Rapids and Indianapolis. At the larger branches, the supervisory duties of employees, setting of routes and managerial work is virtually 100% of the time spent by the branch managers. There is more hands on work at the smaller branches for branch managers but still more than 50% of the work is managerial. It is impossible to accurately describe these positions as similar since

**DECLARATION OF KEN WOODCOX IN OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION**

1  duties branch by branch vary widely daily.

2       6.      During Mr. Johnson's time overseeing the Des Moines location his duties

3  involved oversight of the other employees and securing new accounts, similar in the duties of

4  an 'Outside Sales Representative'.  Mr. Johnson received commission payments of $250 per

5  machine lease that was secured, in addition to his base salary.

6

7       7.      Auto-Chlor System, LLC is a manufacturing company which does not operate

8  branches or employ branch managers. Auto-Chlor System, LLC has no involvement in, much

9  less control over, the employment of branch managers employed by Auto-Chlor System of the

10  Mid South, LLC.

11       I declare under the penalty of perjury under the laws of the United States of America

12  that the foregoing is true and correct.

13       Executed this 14th day of August, 2023, at Vanduburgh County, Indiana.

14

15

16                                  KEN WOODCOX

17

18

19

20

21

22

23

24

25

26

27

28
_____
3
**DECLARATION OF KEN WOODCOX IN OPPOSITION TO PLAINTIFFS' MOTION**
**FOR CONDITIONAL CERTIFICATION**