## IMPORTANT NOTICE OF OVERTIME PAY LAWSUIT

NOTICE OF CONDITIONAL CERTIFICATION OF COLLECTIVE ACTION
IN OVERTIME PAY LAWSUIT AGAINST AUTO-CHLOR SYSTEM
OF THE NYC, LLC.

Sablowsky et. al. v. Auto-Chlor System, LLC et. al.

U.S. District Court for the Northern District of California

TO: ALL PERSONS WHO HAVE PERSONALLY WORKED AS BRANCH MANAGERS FOR AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC.

### I.   INTRODUCTION

You have received this Notice because Auto-Chlor System of New York City, Inc. ("NYC") records indicate that you may be eligible to join a collective action lawsuit involving the Federal Fair Labor Standards Act, 29 U.S.C. § 218 et seq. ("FLSA"), entitled Sablowsky et. al. v. Auto Chlor System, LLC., et. al. Case No. 3:23-cv-02555-AGT. The Lawsuit is pending in the U.S. District Court for the Northern District of California.

### II.   DESCRIPTION OF LAWSUIT

On May 24, 2023, a former Branch Manager of the Des Moines, Iowa branch of NYC, Sumner Johnson filed this lawsuit on behalf of himself and all other similarly-situated individuals who work or have personally as Branch Managers for NYC. The lawsuit asserts claims for unpaid overtime compensation under the Federal Fair Labor Standards Act (FLSA) for NYC's, alleged failure to pay for overtime and alleges that Branch Managers are not exempt managerial employees.

NYC contests all claims that have been asserted and denies any wrongdoing or liability. NYC contends that Branch Managers are supervisory exempt employees and properly classified as such. The Court has not issued a ruling in regard to either party's position.

On _____, the Court conditionally certified the Lawsuit's claim for overtime compensation asserted under the Federal Fair Labor Standards Act claims to proceed as a

1

"collective action." This Notice and its contents have been authorized by the U.S. District Court for the Northern District of California.

This Notice has been issued in order to determine the identity of those persons who wish to be involved in this Lawsuit's overtime claims asserted under the FLSA.

### III. CLASS DESCRIPTION

This Notice applies to you if you personally work or have worked as a Branch Manager for NYC within three years of your signing a consent to join this lawsuit if you choose to do so.

### IV. YOUR RIGHT TO PARTICIPATE AND THE DEADLINE TO DO SO

If you fit the class description above, you may assert a Fair Labor Standards Act claim by completing and returning the attached "Consent to Join" form either personally or via email, facsimile, first-class or overnight mail to:

CPT GROUP, INC. 50 Corporate Park, Irvine, CA 92606; (877) 705-5021; info@cptgrop

TO ASSERT A CLAIM FOR OVERTIME PAY AGAINST NYCUNDER THE FLSA, YOU MUST SIGN, DATE AND DELIVER THE ENCLOSED "CONSENT TO JOIN" FORM BY MAIL, E-MAIL, FAX OR PERSONALLY TO THE ADDRESS LISTED ABOVE WITHIN 75 DAYS FROM THE DATE OF MAILING THIS NOTICE.

YOU MAY ALSO OBTAIN A COPY OF THE CONSENT TO JOIN FORM ON CPT GROUP, INC.'s WEBSITE.

If you wish to join the Action, you should return the 'Consent to Sue' form. If you do not wish to join this Lawsuit, you should simply take no action.

### V. NO RETALIATION IS PERMITTED

Federal law prohibits NYC from discriminating or retaliating against you for joining this Lawsuit.

## VI. EFFECT OF JOINING THIS LAWSUIT

If you choose to opt-in by returning the consent to join form, you will be asserting a claim for unpaid overtime compensation under the Fair Labor Standards Act against NYC. If you opt-in, you will be bound by the judgment or settlement, whether it is favorable or unfavorable, and, if Plaintiffs succeed on their claims, you may receive back-pay along with associated damages owed to you by NYC. Further, if you opt-in, you designate the collective action representatives as your agents to make binding decisions on your behalf concerning the litigation. If you consent to join this Lawsuit, you may be required to provide information.

## VII. PLAINTIFFS' COUNSEL

If you choose to opt-in and agree to be represented by the named Plaintiffs through their attorneys, your counsel in this case will be:

Edward J. Wynne
ewynne@wynnelawfirm.com
George Nemiroff
gnemiroff@wynnelawfirm.com
WYNNE LAW FIRM
80 E. Sir Francis Drake Blvd., Ste. 3G
Larkspur, CA 94939
Telephone    (415) 461-6400
Facsimile    (415) 461-3900

Logan A. Pardell* (admitted *pro hac vice*)
lpardell@pkglegal.com
PARDELL, KRUZYK & GIRIBALDO, PLLC
433 Plaza Real, Suite 275
Boca Raton, FL 33432
Telephone (561) 447-8444
Facsimile (877) 453-8003

Alternatively, you may retain counsel of your own choosing and pursue your claim individually.

## VIII. IF YOU CHOOSE NOT TO JOIN THIS LAWSUIT

If you do not wish to join the collective action, you will not be affected by the judgment rendered (whether favorable or unfavorable) or settlement reached in this case. Further, you will be free to retain counsel of your own choosing and file your own lawsuit in any Federal District Court where such a lawsuit may properly be brought.

## IX. NO OPINION EXPRESSED AS TO MERITS OF LAWSUIT

This Notice is for the sole purpose of providing you with information concerning your right to join this Lawsuit. Although this Notice and its contents have been authorized by the Court, the Court takes no position regarding the merits of the claims in the Lawsuit.

## X. QUESTIONS REGARDING THIS NOTICE

If you have any questions about this Notice, the Consent to Join form, or the Lawsuit generally, you may contact CPT GROUP, INC. at the telephone number, email, and address listed above.

**Please do not contact the Court or the Court clerk with questions about this Lawsuit.**

Craig A. Horowitz, State Bar No. 125159
Wayne D. Clayton, State Bar No. 137564
**HOROWITZ & CLAYTON**
A Professional Corporation
300 Corporate Pointe, Suite 355
Culver City, CA 90230
Telephone: (310) 442-1122
Facsimile: (310) 442-2612

Attorneys for Defendants, AUTO CHLOR SYSTEM, LLC, AUTO-CHLOR SYTEM OF NEW YORK CITY, INC. AND AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SABLOWSKY and SUMNER JOHNSON on behalf of themselves and others similarly situated.<br><br>Plaintiffs,<br><br>vs.<br><br>AUTO CHLOR SYSTEM, LLC, AUTO-CHLOR SYTEM OF NEW YORK CITY, INC. AND AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC<br><br>Defendants. | **Case No. 3:23-cv-02555-AGT**<br><br>**CONSENT TO JOIN COLLECTIVE ACTION AND BECOME PARTY PLAINTIFF** |

1.  I, _____, agree to opt-in and become a plaintiff in this collective action, which alleges that Auto-Chlor System of New York City, Inc.

1

**CONSENT TO JOIN COLLECTIVE ACTION AND BECOME PARTY PLAINTIFF**

violated the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207(a)(1).

2. I personally worked as a Branch Manager for Auto-Chlor System of New York City, Inc. in the three year period to signing this consent. to them at this early stage of the litigation:

3. I hereby designate Wynne Law Firm and Pardell, Kruzyk & Giribaldo, PLLC to represent me in this action.

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____              _____
Date                                 Signature