UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SABLOWSKY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AUTO-CHLOR SYSTEM, LLC, et al.,<br><br>    Defendants. | Case No. 23-cv-02555-AGT<br><br>**ORDER RE: PARTIES' JOINT SUBMISSION REGARDING CLASS NOTICE**<br><br>Re: Dkt. No. 55 |

As directed by the Court, the parties filed a joint submission regarding class notice in response to the Court's order granting conditional collective action certification. Dkt. 55.

In the joint submission, as part of "Dispute No. 1," Defendants contend "that the Court has no jurisdiction to order notices sent to employees of third parties who are not defendants in this lawsuit." *Id.* at 4. It appears that this is a new issue, and the issue of personal jurisdiction was not raised by the Defendants in the briefing regarding conditional certification. The Court would like further briefing on this issue.

Plaintiffs are directed to file a response to Defendants' contention by December 15, 2023. Defendants may file a reply by December 22, 2023. Each submission shall be limited to five pages. The Court may schedule a hearing if it has questions.

**IT IS SO ORDERED.**

Dated: December 6, 2023

Alex G. Tse
United States Magistrate Judge