1  Craig A. Horowitz, SBN. 125159
   Wayne D. Clayton SBN. 137564
2  HOROWITZ & CLAYTON
   300 Corporate Pointe, Suite 55
3  Culver City, CA 90230
   Phone: (310) 442-1122
4  Fax: (310) 442-2612

5
   Counsel for Defendants, AUTO-CHLOR SYSTEM, LLC,
6  AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., AND
   AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC
7

8

9
                    **UNITED STATES DISTRICT COURT**
10                  **NORTHERN DISTRICT OF CALIFORNIA**

11 MARK    SABLOWSKY   and   SUMNER        Case No. 3:23-cv-02555-AGT
   JOHNSON, *on behalf of themselves and others*
12 *similarly situated,*
                                          **DECLARATION OF ED IVY**
13              Plaintiffs,

14
           vs.
15
   AUTO-CHLOR   SYSTEM,  LLC,  AUTO-
16 CHLOR SYSTEM OF NEW YORK CITY,
   INC., and AUTO-CHLOR SYSTEM OF THE
17 MID SOUTH, LLC

18              Defendants.

19

20

21

22

23

24

25

26

27

28

                            **DECLARATION OF ED IVY**

I, Ed Ivy, declare and state as follows:

1.     If called as a witness in this action, I would testify to the facts below. I have personal knowledge of these facts.

2.     I am President of each of the three separate legal entities named as Defendants in this lawsuit.

3.     The corporate offices of Defendants Auto-Chlor System of New York City, Inc., Auto-Chlor System of the Mid South, LLC, and Auto-Chlor System, LLC in Mountain View have no branch managers. These corporate headquarters do administrative work only and have no branch managers supervising employees that install and service commercial dishwashers to restaurants and other customers.

4.     Auto-Chlor System, LLC is a manufacturing plant in Memphis, Tennessee and likewise has no branch managers. Auto-Chlor System, LLC manufactures commercial dishwashers in Memphis, Tennessee and does not operate any branches. Auto-Chlor System, LLC does not share any employment relationships with Auto-Chlor System of New York City, Inc. or Auto-Chlor System of the Mid South, LLC. It simply sells dishwashers to them. It also sells detergents to them.

5.     Auto-Chlor System, LLC has no control over employees other than its own at its manufacturing plant in Tennessee. It has no control over employees of Auto-Chlor System of New York City, Inc. or Auto-Chlor System of the Mid South, LLC. Auto-Chlor System, LLC has no involvement in Auto-Chlor System of New York City, Inc. or Auto-Chlor System of the Mid South, LLC. other than to sell each of them, individually, dishwashers and detergents.

6.     Auto-Chlor System, LLC is not a parent corporation. Auto-Chlor System of New York City, Inc. and Auto-Chlor System of the Mid South, LLC are separate legal entities and are not subsidiaries of Auto-Chlor System, LLC. Neither are Auto-Chlor System of New York

1

1  City, Inc. and/or Auto-Chlor System of the Mid South subsidiaries of any other entity.

2      7.      I have reviewed the Corporate Disclosure Statement from 2012 Plaintiffs have

3  attached as Exhibit 5 to their Motion for Class Certification. It describes the relationship

4  between the three entities sued here as "dealer/franchises." This simply means that Auto-Chlor

5  System, LLC supplies commercial dishwashers and detergents to Auto-Chlor System of New

6  York City, Inc. and Auto-Chlor System of the Mid South, LLC. The document correctly does

7

8  not describe the relationship as parent/subsidiaries because that is not the relationship at all.

9      8.      Employees who work at the corporate office in Mountain View, CA are not paid

10 by Auto-Chlor System, LLC.

11     I declare under the penalty of perjury under the laws of the United States of America

12 that the foregoing is true and correct.

13     Executed this _10_ day of August, 2023, at _Santa Clara_ County, California.

14

15

16     _Ed Ivy_
       ED IVY

17

18

19

20

21

22

23

24

25

26

27

28
_____
                          2
**DECLARATION OF ED IVY IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CONDITIONAL CERTIFICATION**