Craig A. Horowitz, SBN. 125159
Wayne D. Clayton SBN. 137564
HOROWITZ & CLAYTON
300 Corporate Pointe, Suite 55
Culver City, CA 90230
Phone: (310) 442-1122
Fax: (310) 442-2612

Counsel for Defendants, AUTO-CHLOR SYSTEM, LLC,
AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., AND
AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SABLOWSKY and SUMNER JOHNSON, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>AUTO-CHLOR SYSTEM, LLC, AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., and AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC<br><br>Defendants. | Case No. 3:23-cv-02555-AGT<br><br>**DECLARATION OF KEN WOODCOX** |

**DECLARATION OF KEN WOODCOX**

I, Ken Woodcox, declare and state as follows:

1. If called as a witness in this action, I would testify to the facts below. I have personal knowledge of these facts.

2. I was Regional Vice President of Auto-Chlor System of the Mid South, LLC at the time Plaintiff Sumner Johnson throughout the time was employed by Auto-Chlor System of the Mid South, LLC as the Des Moines, Iowa Branch Manager.

3. Auto-Chlor System of the Mid South, LLC currently has 24 branches. I list below the location of the branches and the current number of employees working in each branch.

| TOTAL | HEAD COUNT |
| --- | --- |
| CHATTANOOGA | 9 |
| KNOXVILLE | 9 |
| NASHVILLE | 21 |
| MEMPHIS | 14 |
| LITTLE ROCK | 7 |
| JACKSON, MS | 17 |
| COLUMBUS, MS | 5 |
| ATLANTA SOUTH | 16 |
| ATLANTA NORTH | 15 |
| PITTSBURGH | 7 |
| EVANSVILLE | 3 |
| MINNEAPOLIS | 8 |
| DES MOINES | 2 |
| ST LOUIS | 12 |
| LOUISVILLE | 14 |
| CHICAGO | 21 |

1

DECLARATION OF KEN WOODCOX IN OPPOSITION TO PLAINTIFFS' MOTION
FOR CONDITIONAL CERTIFICATION

| INDIANAPOLIS | 9 |
|---|---|
| CINCINNATI | 5 |
| DETROIT | 11 |
| MADISON | 5 |
| GRAND RAPIDS | 10 |
| COLUMBUS, OH | 4 |
| CLEVELAND | 3 |
| BUFFALO | 4 |

4.  Given the small size of the Des Moines, Iowa branch, which had three employees when Sumner Johnson worked there, his work duties bore no resemblance to the branch managers in Chicago and Nashville, for example, which currently have 21 employees. (The Des Moines branch is currently short one employee and is working to fill the vacancy.) The Chicago and Nashville Branch Managers supervise employees virtually all the time, set the routes, supervise a branch administrator, and perform almost entirely managerial duties. Mr. Johnson spent far more than 50% of his time on managerial duties but did in fact engage in some selling of dishwashers and detergents. He in fact was promoted from a Sales Service Representative ("SSR") working in the field to a Branch Manager working primarily in the branch office.

5.  Similarly, branch manager at small branches like Evansville, Columbus, Cleveland, Buffalo, Madison and Cincinnati have entirely different duties than in larger branches like Jackson MS, Atlanta South, Atlanta North, St. Louis, Louisville, Detroit, Grand Rapids and Indianapolis. At the larger branches, the supervisory duties of employees, setting of routes and managerial work is virtually 100% of the time spent by the branch managers. There is more hands on work at the smaller branches for branch managers but still more than 50% of the work is managerial. It is impossible to accurately describe these positions as similar since

---

2

**DECLARATION OF KEN WOODCOX IN OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION**

duties branch by branch vary widely daily.

6. During Mr. Johnson's time overseeing the Des Moines location his duties involved oversight of the other employees and securing new accounts, similar in the duties of an 'Outside Sales Representative'. Mr. Johnson received commission payments of $250 per machine lease that was secured, in addition to his base salary.

7. Auto-Chlor System, LLC is a manufacturing company which does not operate branches or employ branch managers. Auto-Chlor System, LLC has no involvement in, much less control over, the employment of branch managers employed by Auto-Chlor System of the Mid South, LLC.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of August, 2023, at Vanderburgh County, Indiana.

_____
KEN WOODCOX

---

3
**DECLARATION OF KEN WOODCOX IN OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION**