Craig A. Horowitz, SBN. 125159
Wayne D. Clayton SBN. 137564
HOROWITZ & CLAYTON
300 Corporate Pointe, Suite 55
Culver City, CA 90230
Phone: (310) 442-1122
Fax: (310) 442-2612

Counsel for Defendants, AUTO-CHLOR SYSTEM, LLC,
AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., AND
AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SABLOWSKY and SUMNER JOHNSON, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>AUTO-CHLOR SYSTEM, LLC, AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., and AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC<br><br>Defendants. | Case No. 3:23-cv-02555-AGT<br><br>**DECLARATION OF TIMOTHY P. REARDON** |

I, Timothy P. Reardon, declare and state as follows:

1. If called as a witness in this action, I would testify to the facts below. I have personal knowledge of these facts.

2. I am an attorney and shareholder at the law firm Reinhart Boerner Van Deuren s.c. in Milwaukee, Wisconsin. I am a corporate lawyer and, in that capacity, have worked with Jerry L. Ivy, Edward J. Ivy and Deborah J. Ivy (the "Ivy Family") for years. I am familiar with the ownership structure of various separate Auto-Chlor branded businesses owned by one or members of the Ivy Family, either on a direct basis or through trusts. I also understand the arms-length relationships that exist between the separate Auto-Chlor branded legal entities owned by the Ivy Family.

3. Each of the Defendants operates on a separate, stand-alone basis. Each Defendant is separately incorporated, independently capitalized, maintains its own books and records, has its own bank accounts, operates out of different business locations in different states, has its own telephone numbers, has its own assets that are used in its individual operations and has its own employees. Each Defendant has a different general manager. There is no shared employment relationships between Auto-Chlor System of New York City, Inc. and Auto-Chlor System of the Mid South, LLC. They are separate legal entities, formed at different times. Both of those entities have different branch locations in geographies that intentionally do not overlap, and separate managers for their respective branch-based operations that do not overlap by entity. In contrast, Auto-Chlor System, LLC manufactures dishwashers in a single location in Memphis, Tennessee with its own employees and operates no branches and has no branch managers. Auto-Chlor System, LLC does not exert any control or influence on the employment of any employees of Auto-Chlor System of New York City, Inc. and/or Auto-Chlor System of the Mid South, LLC.

---
1
**DECLARATION OF TIMOTHY P. REARDON IN OPPOSITION TO PLAINTIFFS'
MOTION FOR CONDITIONAL CERTIFICATION**

4. There is no parent corporation of the Ivy Family Auto-Chlor branded entities. Thus, there are no subsidiaries. No parent corporation has control over any Defendant. Each Defendant files its own tax returns; there is no consolidated group tax return filing.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of August, 2023, at Milwaukee County, Wisconsin.

*Timothy P. Reardon*
TIMOTHY P. REARDON

---

2
DECLARATION OF TIMOTHY P. REARDON IN OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION