Craig A. Horowitz, SBN. 125159
Wayne D. Clayton SBN. 137564
HOROWITZ & CLAYTON
300 Corporate Pointe, Suite 55
Culver City, CA 90230
Phone: (310) 442-1122
Fax: (310) 442-2612

Counsel for Defendants, AUTO-CHLOR SYSTEM, LLC,
AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., AND
AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SABLOWSKY and SUMNER JOHNSON, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>AUTO-CHLOR SYSTEM, LLC, AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., and AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC<br><br>Defendants. | Case No. 3:23-cv-02555-AGT<br><br>**DECLARATION OF JOHN PAUL FIORENTINI** |

**DECLARATION OF JOHN PAUL FIORENTINI**

I, John Paul Fiorentini, declare and state as follows:

1. If called as a witness in this action, I would testify to the facts below. I have personal knowledge of these facts.

2. I am Regional Vice President for Auto-Chlor System of New York City, Inc. I was Regional VP at the time the Plaintiff Mark Sablowsky worked as Branch Manager of our smallest branch in Levittown, PA.

3. Auto-Chlor System of New York City, Inc. currently operates eight branches listed below. Each branch has the number of employees set forth in this paragraph.

Location is Plainview, Long Island. Total employees is 18.

Location is Carlstadt, NJ. Total employees is 32.

Location is Richmond Hill, NY. Total employees is 20.

Location is Bethel, CT. Total employees is 11.

Location is Rosedale, MD. Total employees is 8.

Location is Foxborough, MA. Total employees is 11.

Location is Bronx, NY. Total employees is 8.

Location is Levittown, PA. Total employees is 6.

4. The duties of Mr. Sablowsky in Levittown with three to five employees at the time were entirely different than the branch manager of Carlstadt, NJ with 32 employees. There are no similarities. The Carlstadt branch manager sets routes in New Jersey and New York City. He supervises 30 employees. Virtually all his time is spent in the branch. Mr. Sablowsky also supervised employees but given the size of the branch would occasionally fill in to assist on a route. Mr. Sablowsky's daily work is not representative of Branch Managers of Auto-Chlor System of New York City, Inc. Still, at all times he performed well more than 50% of his work in supervisory duties.

1

**DECLARATION OF JOHN PAUL FIORENTINI IN OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION**

5.   I only work with branches of Auto-Chlor System of New York, City, Inc. I have no idea what occurs at Auto-Chlor System of the Mid South.

6.   I have never heard of Auto-Chlor System, LLC.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of August, 2023, at FAIRfield County, Connecticut.

_____
JOHN PAUL FIORENTINI

---

2
DECLARATION OF JOHN PAUL FIORENTINI IN OPPOSITION TO PLAINTIFFS'
MOTION FOR CONDITIONAL CERTIFICATION