Craig A. Horowitz, SBN. 125159
Wayne D. Clayton SBN. 137564
HOROWITZ & CLAYTON
300 Corporate Pointe, Suite 55
Culver City, CA 90230
Phone: (310) 442-1122
Fax: (310) 442-2612

Counsel for Defendants, AUTO-CHLOR SYSTEM, LLC,
AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., AND
AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SABLOWSKY and SUMNER JOHNSON, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>AUTO-CHLOR SYSTEM, LLC, AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., and AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC<br><br>Defendants. | Case No. 3:23-cv-02555-AGT<br><br>**DECLARATION OF REGGIE LEE** |

**DECLARATION OF REGGIE LEE**

I, Reggie Lee, declare and state as follows:

1. If called as a witness in this action, I would testify to the facts below. I have personal knowledge of these facts.

2. I am employed by Auto-Chlor System of Northern California, Inc. as Regional Vice President. Auto-Chlor System of Northern California, Inc. is not a defendant in this lawsuit but I understand that the Court has ordered its Branch Managers be sent the Notice of Collective Action. I receive my paystubs and W-2 from Auto-Chlor System of Northern California, Inc. I supervise the Branch Managers employed by that entity. These Branch Managers receive the same pay documents as I do. Auto-Chlor System, LLC has nothing to do with the pay or working conditions of my Branch Managers in nine locations I manage.

3. As Regional Vice President, I am solely responsible for the working conditions of my Branch Managers. All the Branch Managers of Auto-Chlor System of Northern California, Inc. supervise their own respective branches. They set routes of Sales Service Representatives (SSRs) and supervise the other employees in their branch. None perform non-supervisory work. When a Branch Manager needs to go to a customer, it is due to a problem and the call includes a managerial function to satisfy that particular customer. This is not a set route like SSRs have. When a Branch Manager makes a service all, it includes necessary managerial work to assist customers and make sure payment occurs.

4. Auto-Chlor System of Northern California, Inc. Branch Managers are not controlled or even influenced in any way by Auto-Chlor System, LLC. The only connection is that Auto-Chlor System, LLC supplies commercial dishwashers and detergents to our branches.

1
**DECLARATION OF REGGIE LEE**

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of June, 2024, at San Francisco County, California.

_____
REGGIE LEE