Craig A. Horowitz, SBN. 125159
Wayne D. Clayton SBN. 137564
HOROWITZ & CLAYTON
300 Corporate Pointe, Suite 55
Culver City, CA 90230
Phone: (310) 442-1122
Fax: (310) 442-2612

Counsel for Defendants, AUTO-CHLOR SYSTEM, LLC, AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., AND AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SABLOWSKY and SUMNER JOHNSON, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>AUTO-CHLOR SYSTEM, LLC, AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., and AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC<br><br>Defendants. | Case No. 3:23-cv-02555-AGT<br><br>**DECLARATION OF JOSE PEREZ** |

**DECLARATION OF JOSE PEREZ**

I, Jose Perez, declare and state as follows:

1. If called as a witness in this action, I would testify to the facts below. I have personal knowledge of these facts.

2. I am currently employed by Auto-Chlor System of Washington, Inc., which is not a party to this lawsuit. I understand that the Court has ordered the Branch Managers employed by Auto-Chlor System of Washington, Inc. be sent the Notice of Collective Action. I receive my paystubs and W-2 from that entity. I supervise Branch Managers who also receive the same pay documents from Auto-Chlor System of Washington, Inc. Auto-Chlor System, LLC has nothing to do with the pay or working conditions of my Branch Managers in the seven branches of my employer, Auto-Chlor System of Washington, Inc..

3. As Regional Vice President, I am solely responsible for the working conditions of my Branch Managers. All the Branch Managers supervise their own respective branches. They set routes of Sales Service Representatives (SSR's) and supervise the other employees in their branch. None perform non-supervisory work. When a Branch Manager needs to go to a customer, it is generally due to a problem and includes a managerial function to satisfy that particular customer. This is not a set route like SSR's have. A customer call by a Branch Manager is usually necessary to assist customers and make sure payment occurs and thus is a managerial function.

4. Auto-Chlor System of Washington, Inc. Branch Managers are not controlled in any way by Auto-Chlor System, LLC. The only connection is that Auto-Chlor System, LLC supplies commercial dishwashers and detergents to our branches.

1
**DECLARATION OF JOSE PEREZ**

1  I declare under the penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.
3  Executed this _4_ day of June, 2024, at _Los Angeles_ County, _California_.

_____
JOSE PEREZ