Craig A. Horowitz, SBN. 125159
Wayne D. Clayton SBN. 137564
HOROWITZ & CLAYTON
300 Corporate Pointe, Suite 55
Culver City, CA 90230
Phone: (310) 442-1122
Fax: (310) 442-2612

Counsel for Defendants, AUTO-CHLOR SYSTEM, LLC,
AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., AND
AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SABLOWSKY and SUMNER JOHNSON, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>AUTO-CHLOR SYSTEM, LLC, AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., and AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC<br><br>Defendants. | Case No. 3:23-cv-02555-AGT<br><br>**DECLARATION OF JONAH BECKSTEAD** |

**DECLARATION OF JONAH BECKSTEAD**

I, Jonah Beckstead, declare and state as follows:

1. If called as a witness in this action, I would testify to the facts below. I have personal knowledge of these facts.

2. I am currently employed by Auto-Chlor System of the Mid South, LLC. as its Regional Vice President. I receive my paystubs and W-2 from that entity. I supervise the Branch Managers employed by Auto-Chlor System of the Mid South, LLC. The Branch Managers receive the same pay documents. Auto-Chlor System, LLC has nothing to do with the pay or working conditions of the Branch Managers in Auto-Chlor System of the Mid South, LLC's 24 branches.

3. As Regional Vice President, I am solely responsible for the working conditions of my Branch Managers. All the Branch Managers supervise their own respective branches. They set routes of Sales Service Representatives (SSRs) and supervise the other employees in their branch. None perform non-supervisory work. When a Branch Manager needs to go to a customer, it is generally due to a problem and the call includes a managerial function to satisfy that particular customer. This is not a set route like SSRs have. Such calls are necessary managerial work to assist customers and make sure payment occurs.

4. Auto-Chlor System of the Mid South, LLC. Branch Managers are not controlled in any way by Auto-Chlor System, LLC. The only connection is that Auto-Chlor System, LLC supplies commercial dishwashers and detergents to our branches.

1
**DECLARATION OF JONAH BECKSTEAD**

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4 day of June, 2024, at Fulton County, Georgia.

_____
JONAH BECKSTEAD

---

2
**DECLARATION OF JONAH BECKSTEAD**