Craig A. Horowitz, SBN. 125159
Wayne D. Clayton SBN. 137564
HOROWITZ & CLAYTON
300 Corporate Pointe, Suite 55
Culver City, CA 90230
Phone: (310) 442-1122
Fax: (310) 442-2612

Counsel for Defendants, AUTO-CHLOR SYSTEM, LLC,
AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., AND
AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SABLOWSKY and SUMNER JOHNSON, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>AUTO-CHLOR SYSTEM, LLC, AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., and AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC<br><br>Defendants. | Case No. 3:23-cv-02555-AGT<br><br>**DECLARATION OF CRAIG A. HOROWITZ** |

**DECLARATION OF CRAIG A. HOROWITZ**

I, Craig A. Horowitz, declare and state as follows:

1. If called as a witness in this action, I would testify to the facts below. I have personal knowledge of these facts.

2. I am a member of the law firm of Horowitz & Clayton, and I am one of the attorneys principally responsible for the representation of Defendants Auto-Chlor System, LLC, Auto-Chlor System of New York City, Inc. and Auto-Chlor System of the Mid South, LLC ("Defendants") in this case.

3. The declarations of Ed Ivy, Timothy Reardon, Ken Woodcox and John Paul Fiorentini filed in support of this Motion for Summary Judgment were originally filed on August 15, 2023 in opposition to Plaintiffs' Motion for Conditional Certification. That is why the footer on these declarations state "In Opposition to Plaintiffs' Motion for Conditional Certification."

4. A true and correct copy of Defendant Auto-Chlor System, LLC's Application for Employer Identification Number (IRS Form SS-4) is attached hereto as Exhibit 1. This public record form identifies the business of Auto-Chlor System, LLC as "manufacture and dist[ribution] of dishwashing machines."

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of June, 2024, at Los Angeles County, California.

_____
CRAIG A. HOROWITZ

**DECLARATION OF CRAIG A. HOROWITZ**

**EXHIBIT 1**

| Form **SS-4**<br>(Rev. July 2007)<br>Department of the Treasury<br>Internal Revenue Service | **Application for Employer Identification Number**<br>(For use by employers, corporations, partnerships, trusts, estates, churches,<br>government agencies, Indian tribal entities, certain individuals, and others.)<br>▶ See separate instructions for each line.    ▶ Keep a copy for your records. | OMB No. 1545-0003<br>EIN |
|---|---|---|

Type or print clearly.

| 1 | Legal name of entity (or individual) for whom the EIN is being requested<br>Auto-Chlor System, LLC | | |
|---|---|---|---|
| 2 | Trade name of business (if different from name on line 1) | 3 | Executor, administrator, trustee, "care of" name<br>Deborah J. Ivy |
| 4a | Mailing address (room, apt., suite no. and street, or P.O. box)<br>450 Ferguson Drive | 5a | Street address (if different) (Do not enter a P.O. box.) |
| 4b | City, state, and ZIP code (if foreign, see instructions)<br>Mountain View, CA 94043 | 5b | City, state, and ZIP code (if foreign, see instructions) |
| 6 | County and state where principal business is located<br>Santa Clara County, CA | | |
| 7a | Name of principal officer, general partner, grantor, owner, or trustor<br>Edward J. Ivy | 7b | SSN, ITIN, or EIN<br>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 |

| 8a | Is this application for a limited liability company (LLC) (or a foreign equivalent)?   ☑ Yes  ☐ No | 8b | If 8a is "Yes," enter the number of LLC members ▶ 2 |
|---|---|---|---|
| 8c | If 8a is "Yes," was the LLC organized in the United States? | | ☑ Yes  ☐ No |

**9a  Type of entity** (check only one box). **Caution.** If 8a is "Yes," see the instructions for the correct box to check.

- ☐ Sole proprietor (SSN) _____
- ☐ Partnership
- ☐ Corporation (enter form number to be filed) ▶ _____
- ☐ Personal service corporation
- ☐ Church or church-controlled organization
- ☐ Other nonprofit organization (specify) ▶ _____
- ☑ Other (specify) ▶ llc

- ☐ Estate (SSN of decedent) _____
- ☐ Plan administrator (TIN) _____
- ☐ Trust (TIN of grantor) _____
- ☐ National Guard        ☐ State/local government
- ☐ Farmers' cooperative  ☐ Federal government/military
- ☐ REMIC                 ☐ Indian tribal governments/enterprises
- Group Exemption Number (GEN) if any ▶

| 9b | If a corporation, name the state or foreign country (if applicable) where incorporated | State | Foreign country |
|---|---|---|---|

**10  Reason for applying** (check only one box)

- ☑ Started new business (specify type) ▶ manufacture and dist. dishwashing machines
- ☐ Hired employees (Check the box and see line 13.)
- ☐ Compliance with IRS withholding regulations
- ☐ Other (specify) ▶
- ☐ Banking purpose (specify purpose) ▶
- ☐ Changed type of organization (specify new type) ▶
- ☐ Purchased going business
- ☐ Created a trust (specify type) ▶
- ☐ Created a pension plan (specify type) ▶

| 11 | Date business started or acquired (month, day, year). See instructions.<br>12/13/2007 | 12 | Closing month of accounting year  December |
|---|---|---|---|
| 13 | Highest number of employees expected in the next 12 months (enter -0- if none).<br>Agricultural  |  Household  |  Other 60 | 14 | Do you expect your employment tax liability to be $1,000 or less in a full calendar year? ☐ Yes ☑ No (if you expect to pay $4,000 or less in total wages in a full calendar year, you can mark "Yes.") |

| 15 | First date wages or annuities were paid (month, day, year). **Note.** If applicant is a withholding agent, enter date income will first be paid to nonresident alien (month, day, year) . . . . . . . . . . . . . . ▶ |
|---|---|

| 16 | Check **one** box that best describes the principal activity of your business.  ☐ Health care & social assistance  ☐ Wholesale-agent/broker<br>☐ Construction ☐ Rental & leasing ☐ Transportation & warehousing ☐ Accommodation & food service ☐ Wholesale-other ☐ Retail<br>☐ Real estate ☑ Manufacturing ☐ Finance & insurance ☐ Other (specify) |
|---|---|

| 17 | Indicate principal line of merchandise sold, specific construction work done, products produced, or services provided.<br>manufacture and distribute dishwashing machines and products |
|---|---|

| 18 | Has the applicant entity shown on line 1 ever applied for and received an EIN? ☐ Yes ☑ No<br>If "Yes," write previous EIN here ▶ |
|---|---|

Complete this section **only** if you want to authorize the named individual to receive the entity's EIN and answer questions about the completion of this form.

| Third<br>Party<br>Designee | Designee's name<br>Margaret Alexander | Designee's telephone number (include area code)<br>( 615 ) 259-6721 |
|---|---|---|
| | Address and ZIP code<br>315 Deaderick Street, Sutie 2700, Nashville, TN 37238 | Designee's fax number (include area code)<br>( 615 ) 742-2851 |

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

| Name and title (type or print clearly) ▶ | Applicant's telephone number (include area code)<br>(       ) |
|---|---|
| Signature ▶                           Date ▶ | Applicant's fax number (include area code)<br>(       ) |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.        Cat. No. 16055N        Form **SS-4** (Rev. 7-2007)

Form SS-4 (Rev. 7-2007) Page **2**

## Do I Need an EIN?

File Form SS-4 if the applicant entity does not already have an EIN but is required to show an EIN on any return, statement, or other document.[1] See also the separate instructions for each line on Form SS-4.

| IF the applicant... | AND... | THEN... |
| --- | --- | --- |
| Started a new business | Does not currently have (nor expect to have) employees | Complete lines 1, 2, 4a–8a, 8b–c (if applicable), 9a, 9b (if applicable), and 10–14 and 16–18. |
| Hired (or will hire) employees, including household employees | Does not already have an EIN | Complete lines 1, 2, 4a–6, 7a–b (if applicable), 8a, 8b–c (if applicable), 9a, 9b (if applicable), 10–18. |
| Opened a bank account | Needs an EIN for banking purposes only | Complete lines 1–5b, 7a–b (if applicable), 8a, 8b–c (if applicable), 9a, 9b (if applicable), 10, and 18. |
| Changed type of organization | Either the legal character of the organization or its ownership changed (for example, you incorporate a sole proprietorship or form a partnership)[2] | Complete lines 1–18 (as applicable). |
| Purchased a going business[3] | Does not already have an EIN | Complete lines 1–18 (as applicable). |
| Created a trust | The trust is other than a grantor trust or an IRA trust[4] | Complete lines 1–18 (as applicable). |
| Created a pension plan as a plan administrator[5] | Needs an EIN for reporting purposes | Complete lines 1, 3, 4a–5b, 9a, 10, and 18. |
| Is a foreign person needing an EIN to comply with IRS withholding regulations | Needs an EIN to complete a Form W-8 (other than Form W-8ECI), avoid withholding on portfolio assets, or claim tax treaty benefits[6] | Complete lines 1–5b, 7a–b (SSN or ITIN optional), 8a, 8b–c (if applicable), 9a, 9b (if applicable), 10, and 18. |
| Is administering an estate | Needs an EIN to report estate income on Form 1041 | Complete lines 1–6, 9a, 10–12, 13–17 (if applicable), and 18. |
| Is a withholding agent for taxes on non-wage income paid to an alien (i.e., individual, corporation, or partnership, etc.) | Is an agent, broker, fiduciary, manager, tenant, or spouse who is required to file Form 1042, Annual Withholding Tax Return for U.S. Source Income of Foreign Persons | Complete lines 1, 2, 3 (if applicable), 4a–5b, 7a–b (if applicable), 8a, 8b–c (if applicable), 9a, 9b (if applicable), 10 and 18. |
| Is a state or local agency | Serves as a tax reporting agent for public assistance recipients under Rev. Proc. 80-4, 1980-1 C.B. 581[7] | Complete lines 1, 2, 4a–5b, 9a, 10 and 18. |
| Is a single-member LLC | Needs an EIN to file Form 8832, Classification Election, for filing employment tax returns, **or** for state reporting purposes[8] | Complete lines 1–18 (as applicable). |
| Is an S corporation | Needs an EIN to file Form 2553, Election by a Small Business Corporation[9] | Complete lines 1–18 (as applicable). |

[1] For example, a sole proprietorship or self-employed farmer who establishes a qualified retirement plan, or is required to file excise, employment, alcohol, tobacco, or firearms returns, must have an EIN. A partnership, corporation, REMIC (real estate mortgage investment conduit), nonprofit organization (church, club, etc.), or farmers' cooperative must use an EIN for any tax-related purpose even if the entity does not have employees.

[2] However, do not apply for a new EIN if the existing entity only (a) changed its business name, (b) elected on Form 8832 to change the way it is taxed (or is covered by the default rules), or (c) terminated its partnership status because at least 50% of the total interests in partnership capital and profits were sold or exchanged within a 12-month period. The EIN of the terminated partnership should continue to be used. See Regulations section 301.6109-1(d)(2)(iii).

[3] Do not use the EIN of the prior business unless you became the "owner" of a corporation by acquiring its stock.

[4] However, grantor trusts that do not file using Optional Method 1 and IRA trusts that are required to file Form 990-T, Exempt Organization Business Income Tax Return, must have an EIN. For more information on grantor trusts, see the Instructions for Form 1041.

[5] A plan administrator is the person or group of persons specified as the administrator by the instrument under which the plan is operated.

[6] Entities applying to be a Qualified Intermediary (QI) need a QI-EIN even if they already have an EIN. See Rev. Proc. 2000-12.

[7] See also *Household employer* on page 4 of the instructions. **Note.** State or local agencies may need an EIN for other reasons, for example, hired employees.

[8] Most LLCs do not need to file Form 8832. See *Limited liability company (LLC)* on page 4 of the instructions for details on completing Form SS-4 for an LLC.

[9] An existing corporation that is electing or revoking S corporation status should use its previously-assigned EIN.

Printed on recycled paper