Craig A. Horowitz, State Bar No. 125159
Wayne D. Clayton, State Bar No. 137564
**HOROWITZ & CLAYTON**
A Professional Corporation
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 442-1122
Facsimile: (310) 442-2612

Attorneys for Defendants
AUTO-CHLOR SYSTEM, LLC, AUTO-CHLOR SYSTEM OF
NEW YORK CITY, INC., and AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SABLOWSKY and SUMNER JOHNSON, on behalf of themselves and others similarly situated, | Case No. 23-cv-02555 |
| | [Assigned to Hon. Alex G Tse, Dept. A] |
| Plaintiff, | **DEFENDANT AUTO-CHLOR SYSTEM, LLC'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| AUTO-CHLOR SYSTEM, LLC, AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., and AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC; | DATE: July 19, 2024
Time: 10:00 a.m.
Dept.: A |
| Defendants. | |

Defendant Auto-Chlor System, LLC submits this Separate Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment.

| Moving Party's Undisputed Material Facts and Evidence | Responding Parties' Response and Evidence |
|---|---|
| 1. Defendant Auto-Chlor System, LLC is in the business of manufacturing commercial dishwashers and selling them. (Ivy Decl. ¶ 4, Reardon Decl. ¶ 3.) | |
| 2. Auto-Chlor System, LLC manufactures commercial dishwashers in a single location in Memphis, Tennessee with its own employees. (Ivy Del. ¶ 4; Reardon Decl. ¶ 3.) | |
| 3. Auto-Chlor System, LLC operates no branches and has no branch managers. (Ivy Decl. ¶ 4; Reardon Decl. ¶ 3.) | |
| 4. Auto-Chlor System, LLC does not exert any control or influence on the employment of any employees of Defendants Auto-Chlor System of New York City, Inc. and/or Defendant Auto-Chlor System of the Mid South, LLC. (Ivy Decl. ¶ 5; Reardon Decl. ¶ 3; Fiorentini Decl. ¶ 6.) | |
| 5. Neither does Auto-Chlor System, LLC have any control or influence over the employment of Branch Managers employed | |

by third parties Auto-Chlor System of Washington, Inc. (Perez Decl. ¶ 4) or Auto-Chlor System of Northern California, Inc. (Lee Decl. ¶ 4.)

6. Auto-Chlor System, LLC is not a parent to Defendant Auto-Chlor System of New York City, Inc. or to Defendant Auto-Chlor System of the Mid South, LLC. (Ivy Del. ¶ 6; Reardon Decl. ¶ 4.)

7. Auto-Chlor System, LLC does not pay Branch Managers of any entity in this nationwide collective. (Ivy Decl. ¶ 8; Woodcox Decl. ¶ 4; Fiorentini Decl. ¶¶ 5-6; Lee Decl. ¶ 2; Perez Decl. ¶ 2; Beckstead Decl. ¶ 2.)

DATED: June 6, 2024                         HOROWITZ & CLAYTON

BY: _____
CRAIG A. HOROWITZ
Attorneys for Defendants,
AUTO-CHLOR SYSTEM, LLC, AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., and AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC

# PROOF OF SERVICE

I am employed in the County of **Los Angeles**, State of California. I am over the age of 18 years and not a party to the within action; my business address is **300 Corporate Pointe, Suite 355, Culver City, California 90230.**

On the below-stated date, I served the foregoing document described as **DEFENDANT AUTO-CHLOR SYSTEM, LLC'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** on all interested parties in this action.

☒ by placing ☐ *the original* ☒ *a true copy* thereof in a sealed envelope addressed as follows:

☐ BY MAIL TO:

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date is more than one day after the date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE I caused such envelope to be hand delivered to the offices of the following addressee:

☐ BY FACSIMILE: I personally sent such document via fax to the offices of the addressee, with **confirming copy** by **First Class Mail** as follows:

☒ BY E-MAIL: I personally sent such document via e-mail to the addressee as follows:

Logal A. Pardell: lpardell@pkglegal.com

Edward J. Wynne: ewynne@wynnelawfirm.com

Declaration

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed June 7, 2024, at Los Angeles County, California.

_____
ELDA GONZÁLEZ