1  EDWARD J. WYNNE, SBN 165819
   ewynne@wynnelawfirm.com
2  GEORGE R. NEMIROFF, SBN 262058
   gnemiroff@wynnelawfirm.com
3  **WYNNE LAW FIRM**
4  80 E. Sir Francis Drake Blvd., Suite 3G
   Wood Island
5  Larkspur, CA 94939
   Telephone: (415) 461-6400
6  Facsimile: (415) 461-3900

Craig A. Horowitz, State Bar No. 125159
Wayne D. Clayton, State Bar No. 137564
**HOROWITZ & CLAYTON**
A Professional Corporation
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 442-1122
Facsimile: (310) 442-2612

*Attorneys for Defendants, Auto-Chlor System of New York City, Inc., Auto-Chlor System of the Mid South, LLC and Auto-Chlor System, LLC,*

9  Logan A. Pardell* (admitted *pro hac vice*)
   lpardell@pkglegal.com
10 **PARDELL, KRUZYK & GIRIBALDO, PLLC**
11 433 Plaza Real, Suite 275
   Boca Raton, FL 33432
12 Telephone (561) 447-8444
   Facsimile (877) 453-8003

*Counsel for Plaintiffs and the Putative Collective*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SABLOWSKY and SUMNER JOHNSON, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>AUTO-CHLOR SYSTEM, LLC, AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., and Auto-Chlor SYSTEM OF THE MID SOUTH, LLC<br><br>Defendants. | Case No. 3:23-cv-02555-AGT<br><br>**STIPULATION REGARDING HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR LEAVE TO SEND TEXT MESSAGE NOTICE** |

1  WHEREAS, on July 12, 2024, Plaintiffs filed a motion to seek text message notice on July 12, 2024 and set a hearing date for August 9, 2024 (Dkt. 76);

WHEREAS, because the hearing date was not more than 35 days after the date of the motion's filing as required by Local Rules of the Northern District of California 12-2, Plaintiffs' reset the hearing for August 23, 2024 (Dkt. 77);

WHEREAS, because Defense counsel is in Arbitration on August 23, 2024, the parties have agreed to reset the hearing for August 30, 2024 and that Defendants' Opposition shall be due on August 2, 2024.

IT IS SO STIPULATED.

DATED: July 19, 2024    PARDELL, KRUZYK & GIRIBALDO, PLLC


By: *Logan A. Pardell*
LOGAN A. PARDELL
Attorneys for Plaintiffs,
MARK SABLOWSKY AND
SUMNER JOHNSON


DATED: July 19, 2024    HOROWITZ & CLAYTON


By: *Craig A. Horowitz*
CRAIG A. HOROWITZ
Attorneys for Defendants, AUTO-CHLOR SYSTEM OF NEW YORK CITY, INC., AUTO-CHLOR SYSTEM OF THE MID SOUTH, LLC AND
AUTO-CHLOR SYSTEM, LLC,

---

1
STIPULATION REGARDING HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR LEAVE TO SEND TEXT MESSAGE NOTICE

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the hearing date of Plaintiffs' Motion for Leave to Send Text Message will be August 30, 2024 and Defendants' Opposition Brief will be due on August 2, 2024.

**IT IS SO ORDERED.**

Dated: July \_\_\_, 2024

_____
HON. ALEX G. TSE
United States Magistrate Judge