UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SABLOWSKY, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>AUTO-CHLOR SYSTEM, LLC, et al.,<br><br>        Defendants. | Case No. 23-cv-02555-AGT<br><br>**CASE MANAGEMENT ORDER** |

      Following today's conference, the parties are ordered to meet and confer either in-person or via a video conferencing platform. The parties are directed to formulate a joint discovery plan focusing on discovery relevant to whether defendant Auto-Chlor System, LLC is a joint employer. In their joint plan, the parties are to clearly identify what items of discovery are required and how each item relates to the joint employer issue as it is framed in Ninth Circuit precedent. The parties are to file their joint plan no later than **October 18, 2024**.

      Separately, the parties are to file proposed case schedules no longer than two pages. These case schedules may be joint or separate if the parties are unable to come to an agreement. Prior to filing separate schedules, the parties are to meet and confer regarding a joint schedule. The parties should include a proposed schedule for the filed and currently stayed

motion for summary judgment on the issue of joint employer. *See* Dkt. 63. The joint or separate schedules are to be filed no later than **October 18, 2024**.

**IT IS SO ORDERED.**

Dated: October 4, 2024

Alex G. Tse
United States Magistrate Judge

2