UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SABLOWSKY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AUTO-CHLOR SYSTEM, LLC, et al.,<br><br>    Defendants. | Case No. 23-cv-02555-AGT<br><br>**ORDER SETTING CASE SCHEDULE AND DENYING SUMMARY JUDGMENT WITHOUT PREJUDICE**<br><br>Re: Dkt. Nos. 63, 95 |

Parties in this case filed a joint proposed case schedule. Dkt. 95. The proposed schedules included dates for the close of non-expert discovery and for briefing on the motion for summary judgment pending at dkt. 63. *Id.* The Court previously vacated the briefing schedule on the motion for summary judgment. *See* dkt. 70.

The Court sets the following case schedule to govern until the issue of joint employer can be decided:

**January 31, 2025-**Close of fact discovery limited to the joint employer issue.

**February 21, 2025-**Last day to file motion for summary judgment on the joint employer issue.

**March 14, 2025-**Opposition due.

**March 28, 2025-**Reply due.

**April 11, 2025, at 10:00 a.m.-**Hearing date.

The Court denies the motion for summary judgment pending at dkt. 63 without

prejudice. To avoid any confusion, defendant shall refile its complete motion for summary judgment on the issue of joint employer and shall no longer refer to the original motion at dkt. 63.

In the event there are any discovery disputes requiring the Court's intervention, parties are directed to this Court's Standing Order and reminded to file any discovery disputes with the Court consistent with those rules. *See* AGT Standing Order § VII.B.

Finally, any modification to this case schedule requires the Court's approval.

**IT IS SO ORDERED.**

Dated: October 29, 2024

Alex G. Tse
United States Magistrate Judge